ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MICHELLE LO (NYBN 4325163)
Chief, Civil Division

DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7332
     Facsimile: (415) 436-6748
     david.devito@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM NATIONAL COURT OF FIRST INSTANCE ON CIVIL MATTERS NO. 2 OF THE AUTONOMOUS CITY OF BUENOS AIRES, ARGENTINE REPUBLIC | Case No. 3:23-mc-80333 <br><br> **UNITED STATES' EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)** |

The United States of America respectfully petitions this Court for an order pursuant to 28 U.S.C. § 1782 appointing Assistant United States Attorney David M. DeVito as Commissioner for the purposes of obtaining information from Google LLC and to take such other action as is required to execute the Letter of Request from the National Court of First Instance on Civil Matters No. 2 of the Autonomous City of Buenos Aires, Argentine Republic ("Argentine Court") issued in connection with a judicial proceeding before the Argentine Court captioned *Roman Ezequiel Sivori v. Farolatino S.A. et al.*, Ref. No. 1124/2022.

The grounds for this Application are more fully articulated in the Memorandum of Law and the Declaration of David M. DeVito that are being simultaneously filed with the Application.  A proposed Order is also provided for the convenience of the Court.

DATED: December 18, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*s/David M. DeVito*
DAVID M. DEVITO
Assistant United States Attorney

Attorneys for the United States of America