ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MICHELLE LO (NYBN 4325163)
Chief, Civil Division

DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    Facsimile: (415) 436-6748
    david.devito@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM NATIONAL COURT OF FIRST INSTANCE ON CIVIL MATTERS NO. 2 OF THE AUTONOMOUS CITY OF BUENOS AIRES, ARGENTINE REPUBLIC | Case No. 3:23-mc-80333<br><br>**DECLARATION OF DAVID M. DEVITO** |

Pursuant to 28 U.S.C. § 1746, I, David M. DeVito, declare as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California, counsel for the United States of America. I make this declaration upon information and belief based upon the attached exhibits and communications with personnel in the U.S. Department of Justice, to which a Letter of Request has been transmitted for execution. I make this declaration in support of the United States' request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining information from Google LLC ("Google").

2. In connection with a judicial proceeding before the National Court of First Instance on Civil Matters No. 2 of the Autonomous City of Buenos Aires, Argentine Republic ("Argentine Court") captioned *Roman Ezequiel Sivori v. Farolatino S.A., et al.*, Ref. No. 1124/2022, the Argentine Court issued a Letter of Request seeking information from Google. The Letter of Request was transmitted to the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance ("OIJA") in Washington, D.C. The request was then transmitted to the U.S. Attorney's Office for the Northern District of California. A true and correct copy of the Letter of Request from the Argentine Court is attached hereto as Exhibit 1.

3. The specific information requested by the Argentine Court is reflected in a subpoena addressed to Google, which the United States intends to serve (in substantially similar format) upon my appointment as Commissioner. A true and correct copy of the proposed subpoena is attached hereto as Exhibit 2.

4. On October 6, 2023, I contacted Google; sent Google the Letter of Request; and asked whether Google would voluntarily produce the requested information.

5. On October 26, 2023, I spoke with a representative of Google, who advised that Google declines to produce the requested information without a subpoena or court order.

6. To assist the Argentine Court in obtaining the requested information, I respectfully request that this Court enter the proposed Order attached to the Application appointing me Commissioner.

7. To the best of my knowledge, no previous Application for the relief sought herein has been made.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of December 2023.

                                          *s/David M. DeVito*
                                          DAVID M. DEVITO