# EXHIBIT 1



República Argentina - Poder Ejecutivo Nacional
1983/2023 - 40 AÑOS DE DEMOCRACIA

**Nota**

**Número:** NO-2023-91803080-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Martes 8 de Agosto de 2023

**Referencia:** CIVIL-"SIVORI ROMAN EZEQUIEL C/ FAROLATINO S.A Y OTRO S/DAÑOS Y PERJUICIOS"-
Carpe 1124/2022-EX-2022-55484884- -APN-DGD#MRE

**A:** (C-C) Autoridad Central Estados Unidos (OIJA@usdoj.gov),

**Con Copia A:**

**De mi mayor consideración:**

Tengo el agrado de dirigirme a Ud. en mi carácter de Autoridad Central designada en el Convenio de 18 de marzo de 1970 sobre la Obtención de Pruebas en el Extranjero en materia Civil y Comercial, con el objeto de remitir un exhorto librado por el Juzgado Nacional de Primera Instancia en lo Civil N°2 de Buenos Aires, República Argentina, en los autos caratulados " **SIVORI ROMAN EZEQUIEL C/ FAROLATINO S.A Y OTRO S/DAÑOS Y PERJUICIOS" (Expte. N° 19038/2018),** a los fines de su diligenciamiento de estilo.

La rogatoria, librada en los términos del instrumento internacional mencionado, tiene por objeto solicitar informes a Google LLC.

Sobre el particular, se solicita que una vez diligenciada la misma sea remitida a esta Autoridad Central al correo institucional cooperacion-civil@mrecic.gov.ar a los fines de su posterior devolución al Juzgado exhortante.

Se remiten dos (2) archivos embebidos. Para poder visualizarlos es necesario descargar la nota, y sobre el margen izquierdo, seleccionar el símbolo de clip, allí se desplegará el archivo embebido. Se sugiere abrir la nota desde el programa Adobe Reader.

AUG 11 2023

CN 189-44-23-113

*Unofficial translation:*

*I am pleased to address you in my capacity as Central Authority designated in the Hague Convention of March 18, 1970 on Obtaining Evidence Abroad in Civil and Commercial Matters in order to submit a letter rogatory issued by the National Court of First Instance in Civil No. 2, of Buenos Aires, Argentine Republic, in the proceedings entitled* **"SIVORI ROMAN EZEQUIEL C/ FAROLATINO S.A Y OTRO S/DAÑOS Y PERJUICIOS" (Expte. Nº 19038/2018)** *for the purpose of ordering its style processing.*

*The letter rogatory, issued under the terms of the aforementioned source, has the purpose to require reports to Google LLC.*

*Once executed, it is requested that it be sent back to this Central Authority at the institutional email cooperacion-civil@mrecic.gov.ar, for the purpose of its return to the exhorting Court.*

*Two (2) embedded files are sent. In order to visualize them, it is necessary to download the note, and on the left margin, select the clip symbol, so that the embedded file will be displayed there. It is suggested the note should be opened from the Adobe Reader program.*

CYN

Sin otro particular saluda atte.

Digitally signed by Gestion Documental Electronica
Date: 2023.08.08 12:44:04 -03:00

Aldana Rohr
Directora
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto

Digitally signed by Gestion Documental
Electronica
Date: 2023.08.08 12:44:05 -03:00

VALER
TRADUCT(
IN(
MAT. To. XV Fo. 14
INSCRIP. C.T.I

TRADUCCIÓN PÚBLICA ------------------------------------------------------------
------------------------------------------------------------------------------------------
CERTIFIED TRANSLATION. ----------------------------------------------------------
------------------------------------------------------------------------------------------
LETTER OF REQUEST ----------------------------------------------------------------
------------------------------------------------------------------------------------------
Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or
Commercial Matters ----------------------------------------------------------------------
[*To each expression in Spanish consigned bellow corresponds another expression in English
and in a third language.*] --------------------------------------------------------------

| | | |
|---|---|---|
| 1. | Sender: | National Court on Civil Matters No. 2 Talcahuano 490, 5th floor, Autonomous City of Buenos Aires, Republic of Argentina, Zip Code C1013. Telephone: 4130-6363 Email: jncivil2@pjn.gov.ar |
| 2. | Central Authority of the Requested State: | US Department of Justice (ABC Legal) 633 Yesler Way, Seatlle, WA 98104 USA. |
| 3. | Person to whom the executed request is to be returned: | Ministry of Foreign Affairs, International Commerce and Worship of the Republic of Argentina. Esmeralda 1212, Autonomous City of Buenos Aires, Republic of Argentina, Zip Code: C1007. |
| 4. | Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request: | |
| | Date: | [*Blank space.*] |
| | Reason for urgency: | [*Blank space.*] |

In conformity with Article 3 of the Convention, the undersigned applicant has the honor to
submit, the following request. ----------------------------------------------------------

| | | |
|---|---|---|
| 5. a | Requesting authority (Art. 3(a)) | Ministry of Foreign Affairs, International Commerce and Worship of the Republic of Argentina. Esmeralda 1212, Autonomous City of Buenos Aires, Republic of Argentina, Zip Code: C1007. Telephone: 4819-7000 Email: info@cancilleria.gob.ar |
| b. | To the Competent Authority of (Art. 3(a)) | US Department of Justice (ABC Legal) 633 Yesler Way, Seatlle, WA 98104 USA. |
| c. | Names of the case and any identifying number | Sivori Roman Ezequiel v. Farolatino S.A. and others, Damages. Docket number: 19038/2018. |

------------------------------------------------------------------------------------------

| | |
|---|---|
| 6. | Names and addresses of the parties and their representatives (including |

ICA
. FEDERAL
o 5328

:A KENT
)RA PÚBLI
JLÉS
6 CAPITAL
2C.B.A. Nro

| | representatives in the Requested State) (Art 3(b)) | |
|---|---|---|
| a. | Plaintiff | Sivori, Roman Ezequiel.<br>Reconquista 642, 5th floor, suite 528, Autonomous City of Buenos Aires, Republic of Argentina, Zip Code: C1003. |
| | Representatives | Pedro Luis Mazzino<br>Reconquista 642, 5th floor, suite 528, Autonomous City of Buenos Aires, Republic of Argentina, Zip Code: C1003. |
| b. | Defendant | Farolatino S.A. |
| | Representatives | Natalia N. Segovia<br>Marcelo T. de Alvear 1408, 4th floor, Autonomous City of Buenos Aires, Republic of Argentina, Zip Code: 1060. |
| c. | Other parties | BGM Industrias del Disco S.A. |
| | Representatives | Mariano Jorge Rouvier<br>San Martín 569, 5th floor, suite 12, Autonomous City of Buenos Aires, Republic of Argentina, Zip Code: 1004. |

| 7. a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Art. 3(c)) | Damages. |
|---|---|---|
| b. | Summary of complaint | The applicant seeks the recovery of royalties due for the marketing of his musical works through digital channels in the period between 2003 and 2016. These royalties were allegedly received by the defendants. |
| c. | Summary of defence and counterclaim* | The defendants deny the claim. They claim that they did not collect the claimed royalties, that the musical works claimed were not owned by the plaintiff and that the claim is time-barred. |
| d. | Other necessary information or documents* | List of musical works for which information is required. |

| 8. a | Evidence to be obtained or other judicial act to be performed (Art. 3(d)) | Google LLC is requested to inform on the following:<br>1) Settlements paid to natural or legal persons who have claimed past and present economic rights to the contents of "ROMAN EL ORIGINAL", from 2003 to the present day.<br>2) Send traffic generated on your platform by the discography listed in the attached text, from 2003 to the present day.<br>3) To whom did you send these traffic reports and |
|---|---|---|

CA

FEDERAL
ı. 5328

| | | to whom did you pay these settlements, indicating dates, amounts.<br>4) Any other relevant information. |
|---|---|---|
| b. | Purpose of the evidence or judicial act sought | This evidence seeks to determine whether the defendants collected royalties for the marketing of the plaintiff's musical works on the digital platform You Tube. |
| 9. | Identity and address of any person to be examined (Art. 3(e))* | *[Blank space.]* |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Art. 3(f))* | *[Blank space.]* |
| 11. | Documents or other property to be inspected (Art. 3(g))* | *[Blank space.]* |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Art. 3(h))* | Google LLC should be required to provide the requested information in writing and signed with proof of the signatory's legal capacity. |
| 13. | Special methods or procedure to be followed (e.g. oral or n writing, verbatim transcript or summary, cross-examination, etc.) (Art. 3(I) and 9)* | *[Blank space.]* |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Art. 7)* | *[Blank space.]* |
| 15. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Art.8)* | *[Blank space.]* |
| 16. | Specification of privilege o duty to refuse to give evidence | *[Blank space.]* |

VALERIA KEI
TRADUCTORA PÚI
INGLÉS
MAT. To. XV Fo. 146 CAPIT.
INSCRIP. C.T.P.C.B A. I

| | | under the law of the Requesting State (Art. 11(b))* | |
|---|---|---|---|
| 17. | | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 25 of the Convention will be borne by." | Sivori, Roman Ezequiel Reconquista 642, 5th floor, suite 528, Autonomous City of Buenos Aires, Republic of Argentina, Zip Code: C1003. |

| Date of request | 12/26/2002 [Handwritten:] Bs. As. 04/13/23 |
|---|---|
| Signature and seal of the requesting authority | [Signature and acclaratory seal:] [signed] Maria Eugenia Ne[illegible] – National Court. |

| *Omit if not applicable. |
|---|

[There follows a seal that reads:] NATIONAL APPEALS COURT ON CIVIL MATTERS CERTIFIES THAT:] The preceding signature and seal are similar to the ones filed in our records.------------------------------------------------------------------------------------------

[There appears an illegible signature and a seal that reads:] MARIA SARA PERRAMÓN – Administrative Pro-Secretariat.-----------------------------------------------------------------------

Signature: Not Verified.----------------------------------------------------------------------------------

Digitally signed by SILVIO AGUSTIN ZAPPA. ---------------------------------------------------------

Date: 2022.12.26 10:19:10 ART. ------------------------------------------------------------------------

[The pages of this document bear the seal of the National Appeals Court on Civil Matters Number 2 of the Federal Capital City.]------------------------------------------------------------------

[For certification purposes only:] -------------------------------------------------------------------------

*I CERTIFY THAT THE ABOVE IS A TRUE AND FAITHFUL TRANSLATION FROM SPANISH INTO ENGLISH IN 4 SINGLE PAGES OF THE ACCOMPANYING DOCUMENT AND TO WHICH I REMIT. BUENOS AIRES, JUNE 5, 2023.*----------------------------------------------------------------------------------------------

*CERTIFICO QUE LO QUE ANTECEDE ES TRADUCCIÓN FIEL DEL ESPAÑOL AL INGLÉS, EN 4 PÁGINAS SIMPLE FAZ, DEL DOCUMENTO QUE ACOMPAÑA Y AL CUAL REMITO. BUENOS AIRES, 5 DE JUNIO DE 2023.*------------------------------------------------------------------------------------------------

COLEGIO DE TRADUCTORES PUBLICOS DE LA CIUDAD DE BUENOS AIRES

CORRESPONDE A LA LEGALIZACIÓN N°
60310/2023
INTERVINO
MORGUNOVSKY MICHELL, JACOBO ARIEL
FECHA
07/06/2023                    628015

VALERIA KENT
TRADUCTORA PÚBLICA
INGLÉS
MAT. To. XV Fo. 146 CAPITAL FEDERAL
INSCRIP. C.T.P.C.B.A. Nro. 5328

NT
JLICA

AL FEDERAL
Nro. 5328

4

5

Relationship with the addressee: (family member, business relation, other) [Blank space]. ........

*C. That the documents have not been served or deliver due to: [Blank space] ........................

*D. Pursuant to the Protocol, the interested party is required to pay the balance due, detail of which is attached. ............................................................................................................

Issued in [blank] on [blank], 2021.0 ................................................................................

Signature and seal of the central required party: [Blank] ...............................................

Please, when applicable, attach original or copy of any additional document necessary to prove that notice has been served or delivered, and identify said document: ....................................

Cross-out if not applicable. ............................................................................................

........................................................................................................................

**COMPLAINT, FEDERAL CASE** ....................................................................................

To the Court, ...............................................................................................................

I, **ROMAN EZEQUIEL SIVORI**, Argentine ID [DNI] No. 30492272, residing at Ruta 52 Kiometro 3.5, Canning, Barrio Saint Thomas Lote 644, Provincia de Buenos Aires, acting with the legal assistance of **Silvio Agustín Zappa**, attorney-at-law, License No. entered in Book 91, Page 122, Bar Association of the Federal Capital, Tax Identification [CUIT] No. 20 29591404 2, registered as a taxpayer under the Simplified Tax System; and **Pedro Luis Mazzino**, attorney-at-law, License No. entered in Book 90; page 337, Bar Association of the Federal Capital, Tax Identification [CUIT] No. 20 29591727 0; registered as a taxpayer under the Simplified Tax System, establishing address for service of process at <u>Reconquista 642, Piso 5, Oficina 527/8, Federal Capital, Estudio MZ, PO Box 257; electronic address at 20295914042, Tel. 5031 80 70; and email address</u>: agustinzappa@abogadosmz.com.ar, appear before this Court and respectfully state as follows: ............................................................................................

........................................................................................................................

I. <u>PURPOSE</u> ...........................................................................................................

As Plaintiff I hereby file this pleading to bring a complaint for damages against **(i) Farolatino SA**, with its principal place of business at Jose Antonio Cabrera 5321 City of Buenos Aires, and **(ii) BGM Industrias del Disco SA**, with its principal place of business at Colombres 107 City of Buenos Aires, and/or against whoever is liable under civil law for the actions described below, for collection of such sum as will be determined from the evidence to be presented during the proceedings, expressly holding defendants liable for all costs of the suit. .......................................

........................................................................................................................

II. <u>FACTS</u> ..............................................................................................................

    A)  I am a recognized musician that make Reggaeton, Cumbia music or also known as "Movida Tropical." My career started in 2033. .......................................................

    B)  I was the founder of the group called **"El original"**, also known as **"Roman el Original"** and/or **"Roman"**, and I am considered one of the top-ranked performers of these musical styles. ..............................................................................................

A KENT
RA PÚBLICA
LES
CAPITAL FEDERAL
C B.A. Nro. 5328

6

These are some of my albums: ............................................................................................

2003: Puro movimiento *(Pure movement)* ...............................................................

2004: Y con éste te quedaste *(And with this one you stayed)*...................................

2004: El Bombazo *(Bombshell)*................................................................................

2005: Dando clase *(Showing class)*..........................................................................

2007: Sin rivales *(Without rivals)*..............................................................................

2008: No voy a parar *(I Will not stop)*.......................................................................

2009: Sencillo *(Simple)* .............................................................................................

2011: Esto soy yo *(This is me)*..................................................................................

2013: La calidad musical *(Quality music)* .................................................................

2014: Edición especial *(Special edition)* ..................................................................

2016: A dúo con amigos *(Duet with Friends)*............................................................

2017: Tu novio *(Your boyfriend)*...............................................................................

Around January 2016, I was informed that all the aforementioned music albums were being marketed or monetized in different digital sales points, namely, YouTube, Spotify, Deezer, Farolatino, etc. ...........................................................................................................

After making inquiries as to who was behind the marketing or monetization of my music, the distributors (YouTube, Spotify, Deezer, Farolatino SA, etc.) informed me that BGM INDUSTRIAS DEL DISCO SA had provided them with the music materials at issue, indicating that they held the rights to use them. Specifically, my Client and I sent the following email: ...
...............................................................................................................................

*"I am writing to you in my capacity as attorney-in-fact of Roman Ezequiel Sivori, ID document [DNI] 30 492 272 (known in the music business as "ROMAN EL ORIGINAL") in order to request that within 72 hours you kindly provide the following information: ...........................*

*1) Payments made to the individuals or legal entities that have claimed, in the past and at present, the economic rights in the works of ROMAN EL ORIGINAL, from 2003 to-date. ......*

*2) The traffic generated on your platform by the music albums shown in the attached file, from 2003 to-date. ...........................................................................................................*

*3) To whom you forwarded such traffic reports and to whom you made those payments, including dates and amounts. .......................................................................................*

*4) Any other information that may be relevant to or related to the description of the facts hereinunder. .............. ...................................... ....................................................*

*In the attachments you will find a scanned copy of the General Power of Attorney for Administrative and Judicial Proceedings granted to me by Roman Ezequiel Sivori, ID [DNI] 30 492 272 (known in the music business as "ROMAN EL ORIGINAL"), as well as the music albums by Roman el Original. In the event that you fail to answer or submit the aforementioned reports, I will file a request for mediation in order to seek payment of the*

ENT
ÚBLICA

ITAL FEDERAL
\ Nro. 5328

*amounts unlawfully received in royalties, since the Artist never authorized his works to be air played on digital channels.* ...........................................................................................................

*Please do not hesitate to contact me by telephone or via mail. Yours sincerely, Pedro L. Mazzino.*" ...........................................................................................................

...........................................................................................................

In the light of the aforementioned answer, we sent a "Carta Documento" *(certified letter issued in three copies, one for the addressee, one for the sender and one for the post office, recorded delivery)* to BGM Industrias del Disco S.A. (Magenta) and to Farolatino S.A., who, to the best of our knowledge, have claimed the economic rights of the above-mentioned Artist without ever having executed a contract. I insist, PLAINTIFF HAS NEVER ENTERED INTO OR EXECUTED ANY SUCH CONTRACT. ————————————————————————————

I then sent two of such certified official letters [*Carta Documento*] to BGM Industrias del Disco SA (Certified official Letter No. 68237631 3) and Farolatino S.A. (Certified official Letter No. CD68237632 7), both dated March 21 2016, which read: ...........................................................................................................

...........................................................................................................

"*I am writing to you in my capacity as attorney-in-fact of Roman Ezequiel Sivori, ID [DNI] Document No. 30 492 272, in order to request that, within 72 hours you cause to remove all the contents created by Plaintiff and stop the monetization through any sales or digital reproduction channel since you have never been authorized to do so.* ...........................................................................................................

*Such contents are all musical songs created by the party I represent since the beginning of his professional career as singer, known as "Roman El Original", "Roman" and the like. You are acting or conducting yourself in violation of the intellectual property law, trademark law, copyright, unjust enrichment provisions and criminal law, inasmuch as you have benefited financially from the sale of products that WERE NOT owned by you nor have them been assigned to you for such purposes. The party I represent has never entered into or executed a contract with you, so I request that you pay all the sums of money resulting from the monetization of the such contents within 10 days, with the warning that failure to do so will result in legal proceedings for collection thereof. For any further information please contact the undersigned at pedromazzino@abogadosmz.com.ar, or by mobile phone at 5491158482305. Yours sincerely.*".*

...........................................................................................................

Since there were no answers, BGM Industrias del Disco SA and Farolatino SA. were summoned to appear in a mediation process and requested to provide data on how much money they had received for the unlawful marketing of my Works ...........................................................................................................

The mediation process was completed without reaching an agreement on June 22, 2016 and since then, the Parties held telephone conversations and private meetings but have not managed to reach an economic agreement. For this reason, I am now compelled to file this complaint.. .....

Likewise, I state that I have initiated Criminal Proceedings against Defendants, on the grounds herein above described. The case is being heard at Federal Criminal and Correctional Court No.

8

34 in and for the City of Buenos Aires [*Juzgado Nacional en lo Correccional y Criminal de Instrucción*], under case file number 38090/2017, which is under investigation. ...........................

...........................................................................................................................................................................

B) How the systematic theft of music worked and still works ...............................................

In order to help, Your Honor, understand the illicit activity implicated in these claims, we will use the YouTube platform (http://www.youtube.com) as an example. YouTube is a video streaming platform where individuals or companies can "upload" (enter into the platform) videos and group them in streaming channels. For example, channel "Roman El Original" (https: // www.youtube.com/ channel/UCqGb-H52nqKFGkCpKSLTJeg)...............................................................

This channel was created on 02/10/2014. The information is available on the YouTube channel itself. ........................................................................................................................................................

The owner or administrator of each channel, uploads content with the aim of streaming videos for free or generating large volumes of video or audio streams for a profit. This is known as Monetization. ...............................................................................................................................................

The term "Monetization" comes from the English word "monetizing contents", so no one in the digital business is unfamiliar with this term. In legal technical language, monetizing would be called "commercializing" but in the digital industry the Anglicism "Monetize" is used. In Spanish, it would mean the process of converting a content into money, i.e. converting a song into money.

The procedure is quite simple: Once the channel is created on YouTube, the platform is authorized to place advertisements in each of the uploaded videos. Therefore, when you enter to watch a video or audio on YouTube, you are often required to watch at least 5 second ads before viewing the chosen content. Then, you can either skip the advertisement or watch it till the end. .

In other words, these are the Business Parties: (i) Advertisers (e.g. Coca-Cola, Sedal, YPF, etc.), (ii) YouTube (Google Argentina SRL), (iii) Digital distributor or channel owner (who uploads videos or audios), (iv) User or Consumer (who views or listens to the content). .................................................

The Advertiser and YouTube must enter into an advertising contract. ...........................................

The owner of the channel must agree to the terms and conditions of use of the platform and YouTube, based on algorithms that calculate the number of views or streams of each video, will pay a monthly fee to the owner of the channel...............................................................................................

Now, let's see how this business model was used to appropriate my creative works and make a profit from them. BGM took the physical records by Roman EL Original, converted them to a digital format and uploaded them to their YouTube channel/s through Farolatino SA, or through the channels created by Farolatino SA. ........................................................................................................

Why hire Farolatino? Farolatino SA is a renown digital content distributor in the music industry and specialized almost exclusively in monetizing / marketing content on YouTube. BGM and Farolatino executed a contract whereby they most likely agreed to a revenue share or distribution of profits. .........................................................................................................................................

How did this agreement come about? Very simple: BGM delivered the files to Farolatino ensuring that they had a contract with the artist, in this case, with Roman el Original. Farolatino uploaded the files on YouTube and charged a fee for each stream/view, according to the procedure detailed above. Once the amounts were received, the profits were distributed between Farolatino and BGM under the distribution agreement specified in the previous paragraph. ...................................

So far, the business is perfect. Nobody knows about it and everybody wins and makes a profit, except me, THE OWNER OF THE WORKS. ...................................................................

Now, let's consider the following, how often does this happen? Well, as far as I know BGM has received similar claims from other artists. ...................................................................

In a nutshell, YouTube paid to Farolatino SA and eventually also to BGM, perpetrating a maneuver through which Plaintiff never received a single cent from BGM or any other person, except from 2016 onwards when I signed a contract with MOJO (another digital distribution company) with which I have entered into a contract that is effective. ...................................

...................................................................

**Other points of sale** ...................................................................

Now, the very same business was carried out by BGM in other digital points of sale, so since we are not certain about all of the other channels, we will have to issue court-ordered letters (oficio) to Spotify, The Orchard, Deezer, YouTube, among others, in order to know if these stores or points of sale have monetized my Works and to whom they made the relevant payments. Also, court-ordered letters should be issued to telecommunication companies, namely: Personal, Movistar and Claro in order to know if any Ring Tones and Ring Back Tones by Roman El Original have been monetized. ...................................................................

...................................................................

**III. LEGAL FRAMEWORK** ...................................................................

Liability under Civil Law encompasses: unlawfulness, causal relationship, damages and attribution factors... ...................................................................

**II. A) UNLAWFULNESS** ...................................................................

Unlawfulness is a purely objective concept, because it is not necessary to consider the voluntariness of the subject; and it is separate from the determination of guilt. Not only does it include what is expressly prohibited by law, but also conduct whose prohibition arises from the harmonious consideration of the legal system, including conduct contrary to morals, good customs and public order, since these are principles and values protected by the legal system. Material unlawfulness (surpassing formal unlawfulness) was included in Articles 1717 to 1720 of the Civil and Commercial Code of Argentina [CCCN, as per its Spanish acronym] and refers to the damage caused by an unjustified action. Non-contractual unlawfulness is atypical and arises from the violation of a general duty of conduct (action and omission). ...................................

...................................................................

10

The conduct described above is a clear violation of my intellectual property rights over the Works listed above. ................................................................................................................................

Article 2 of Law 11 723 provides as follows: ...................................................................................

*"The right of ownership of a scientific, literary or artistic work shall include, for its author, the right to dispose of, publish, perform and publicly exhibit, sell, translate, adapt or authorize the translation of, and reproduce the work in any form".* ...............................................................................

Moreover, Article 36 of the same law provides: .............................................................................

*"Authors of literary, dramatic, dramatic-musical and musical works shall have the exclusive right of authorizing:* .......

*(a) The public recitation, representation and performance of their works;* ....................................

*(b) The public dissemination by any means of the recitation, representation and performance of their works ....".* .....................................................................................................................

................................................................................................................................

It is clear that in the instant case, this rule has been breached, since the author's right to dispose of his work has been infringed: One or several third parties have used the Plaintiff's works described in these proceedings, without his consent and in the absence of any agreement or contract authorizing them to do so, obtaining a significant economic gain. It is clear that such benefit was obtained to the detriment and at the expense of Plaintiff and that it constitutes a gross enrichment without cause. ............................................................................................................

................................................................................................................................

Indeed, in that sense, the Case Law of the courts supports that: ...................................................

*"The mere external or public promotion or publication of a music work, whatever the purpose it pursues or contributes to pursue, is sufficient to generate the obligation to satisfy the payment of the respective rights; for the obligation of the user arises as a counterpart of the right of the author or of the performer or phonogram producer, as the case may be". (Summary N°14905 of the Database of the Clerk's Office' Precedents of the Civil Court of Appeals - Bulletin No. 22/2002) (Type of Ruling: Free – Civil Court of Appeals- Division: I - Case File No. I102616 - Date: 07-02-02. Appellate Judge: BORDA. SADAIC v. MEDIC GEM'S S.A. – COLLECTION SUIT).* ..............

................................................................................................................................

*"In our positive law, performers of a literary or musical work are entitled to claim payment for the broadcasting or streaming thereof. "(DATA: Court of Appeals in Administrative and Tax Matters in and for the Autonomous City of Buenos Aires, Case No. EXP 1730/ 0, Case entitled: Ghio Guillermo Luis v. G.C.B.A. (Teatro Municipal General San Martin) COLLECTION SUIT. Division II. Vote of Justice Esteban Centanaro sided by Justice Nelida Mabel Daniele and Eduardo Angel Russo, July 15, 2004. Ruling No. 6336).* ................................................................................

................................................................................................................................

KENT
PUBLICA
S
PITAL FEDERAL
A. Nro. 5328

*"Article 79 of Law 11723 provides: "Judges shall have the power to award provisional remedies to effectively protect the rights referred in the law, where Article 56 establishes the right of performers of musical works to demand a remuneration for the broadcasting or rebroadcasting of such works. In this respect, Law 23 921, which incorporated the "International Convention of Performers, Producers of Phonograms and Broadcasting Organizations" (Rome Convention) that was adopted in Rome on October 26, 1961 (ADLA LI-B, pages 1723/1728), recognizes the right of performers and producers of phonograms to receive a remuneration if a phonogram is published for commercial purposes (Art. 12). Further, Article 26 of the Convention provides "Each Contracting State undertakes to adopt, in accordance with its Constitution, the measures necessary to ensure the application of the Convention." The fact that the amount of Plaintiff's claim is at present undetermined, until a method for calculation of his alleged claim is determined, must be considered in evaluating the extent of the remedy, although it is not sufficient by itself to dismiss it". (Aadi-Capif A.C.R. v. Luper S.R.L. et al – collection suit (Failure to comply with Provisional Remedies)" -CC0002 -SM 47818 RSI-118-00 I -9-5-2000. VOTING JUSTICES: Occhiuzzi-Mares-Cabanas).* ..................................................................................................
..................

For the purpose of weighing the economic damage suffered by the party I represent, it should be considered that online platforms or also known as Digital Points of Sale (such as YouTube, Spotify or Deezer) pay the right holder a fee for every stream (or click) of the work in question. With the information to be provided by these streaming platforms that will be used as evidence in support of this claim, we will be able to assess the actual magnitude of the damages claimed in this lawsuit for damages. ......................................................................................................................
..................

**III.B) ATTRIBUTION FACTOR** ..............................................................................................

1) BGM Industrias del Disco S.A. ...............................................................................

In the light of the foregoing, there is no doubt at all that Co-defendant BGM has acted maliciously. Section 1724 of the Argentine Civil and Commercial Code provides " .... *Willful misconduct is found where a damage is caused intentionally or with manifest indifference for the interests of third parties."* ...................................................................................................

It should be clear from the foregoing that BGM: ..........................................................

a)   Acted intentionally.  For it marketed my musical work knowing that it had no right or authorization to do so. Codefendants have never had a contract with Plaintiff.   ................

b)   Caused a damage. Such fault is evident as BGM gained a profit to which it was not entitled, which amounts clearly and unequivocally to enrichment without cause. Such enrichment caused subsequent financial damage to the Party I represent, who should have received the profits gained by BGM. .......................................................................................................

Lastly, when analyzing BGM's conduct, it should be noted that BGM's *modus operandi* turns out to be a pattern of repeated conduct by this company. Therefore, BGM perpetrated an unlawful

act against Plaintiff, not only with knowledge of its reprehensible conduct, but also with its expertise in this type of practices. Therefore, its conduct must be evidently characterized as willful misconduct as provided for in Art. 1724 of the Civil and Commercial Code. ...............................

.........................................................................................................................................

2) Farolatino ...............................................................................................................

Regarding Farolatino, we can, at the very least, say that Farolatino acted with negligence. Article 1724 also states, *"...the fault lies in the omission of due diligence according to the nature of the obligation and to the circumstances of the person, the time and place. It involves recklessness, negligence and unskillfulness in the craft or profession.... "* ..............................................

.........................................................................................................................................

Plaintiff does not know whether Farolatino SA acted maliciously or not. What is clear from the facts is that it was at a minimum negligent and improper of a Company with the prestige and experience of Farolatino. This is so given that, before monetizing the contents of Plaintiff, it should have made sure that BGM was the holder of the rights, which are the subject-matter of this lawsuit. By simply requesting a copy of the contract that BGM should have signed with Plaintiff (which never existed), Farolatino SA would have been able to ascertain that BGM could not market Plaintiff's work and therefore any use with such work was a violation of the Intellectual Property law..................................................................................................................................

Thus, Farolatino's liability is evident under the provisions of article 1724 of the Civil and Commercial Code. .............................................................................................................

.........................................................................................................................................

## IV. SCOPE OF DAMAGES CLAIMED............................................................................

## CONSEQUENTIAL DAMAGE AND LOSS OF PROFIT. INDETERMINATE AMOUNT OF CLAIM. ...............................................................................................................

The damage sustained by Plaintiff as a consequence of the facts described above is thus sufficiently established. Firstly, his work has been disseminated without his authorization. Not only does this infringement cause a clear indirect damage on Plaintiff, it also causes other damages. By not having control over such elements as time, place and manner in which Plaintiff's work has been disseminated, the work suffers a degradation. It is clear that the manner, time and the range of dissemination of an artistic work have a direct repercussion in the value of such work; value referring both to its economic and artistic assessment. The artist must decide how a work is disseminated, since the exhibition of a work is the culmination of the creative process. Therefore, the injury inflicted on Plaintiff, although it can be compensated in money, is irreparable. ...............

According to our caselaw, *"Intellectual property rights are protected insofar as they relate to a work that is the product of an intellectual, cultural, artistic creation. Insofar as they constitute a manifestation of the personality conveyed in the work, IP protects the author's right of ownership and disposition of the property created, including -or above all- the economic rights arising therefrom. Such is the recognition of these rights that their protection is also available under criminal law..."* Ruling N° 38 -"(MONZO, Teresa Sara v. SABAGH, Carlos et. al-Ordinary

KENT
PÚBLICA
ES
CAPITAL FEDERAL
B.A. Nro. 5328

13

Proceedings -Damages -Other forms of Non-Contractual Liability – Appeal (case file 193433/36) Court of Appeals No. 9, Cordoba – 03/21/2014). ...........................................................

...................................................................................................................................

Since Plaintiff does not know the exact amounts that BGM and Farolatino S.A. have received as a result of the facts described above, Plaintiff is devoid of any elements to estimate the amounts owed to him for consequential damages and loss of profits. Said amounts shall arise from the evidence to be offered herein, and to which I refer hereunder, which will allow Your Honor to measure the damages suffered by the Party I represent, on the basis of the circumstances described herein above. ....................................................................................................

...................................................................................................................................

**MORAL DAMAGES. THE MORAL RIGHT OF THE AUTHOR:** ...............................................

"Moral Damages may be characterized as damage to property and the perception of emotional and physical distress that cannot necessarily be quantified in monetary terms, but that may be awarded as substitutes for enjoyment and the like and to mitigate emotional and physical distress." Civil Court of Appeals, Division C, October 13, 1992 – "Varde v. Ferrocarriles". Vote of Justice Cifuentes; id. Division C, November 27, 1992 "Vinaya v. Empresa Ferrocarriles Argentinos", L.L. Volume 1993-D-278, Ruling No. 91 599). ...............................................

When measuring Moral Damages here, the Court should consider not only the financial loss sustained by Plaintiff as a result of the actions of Defendants, but also the serious infringement of the moral right of the author over his work. This right is based on the fact that the human personality is intangible and seeks to prevent essential harm to the author's personal or artistic interests. ............................................................................................................................

...................................................................................................................................

In this regard, the courts have held that: .......................................................................

*"The moral right of the author", that is, the right to safeguard his artistic work, includes the right of paternity and the right to associate the author's name with the reproduction or performance of the work, which is also protected by Article 72 of law 11723, which provides that whoever edits, sells or reproduces the work and suppresses or changes the author's name will be punished. This also includes respect for the name or pseudonym of the author. Furthermore, the application of section 902 of the Civil Code should not be overlooked."* ....................................................................

*With the publication of the plaintiff's photograph, not only his right of paternity or authorship was infringed but also his right to have his work associated with his name and not with a third party, as well as his right to keep it unpublished and to decide its disclosure when he considered it appropriate, all this without prejudice to the authorization he could give to the Argentine Navy for its publication". (Case file No. 107 871/08 - "Gurruchaga, Marcelo v. Arte Grafico Editorial Argentino S.A on damages" – Civil Court of Appeals - DIVISION L - 11/18/2010)*.........................

...................................................................................................................................

Wherefore, Plaintiff requests that this Honorable Court order Co-defendants to pay pain and suffering or moral damages, assessing such damages upon entering judgement, as provided for

14

in Article 165 of the Argentina's Federal Code of Civil and Commercial Procedure [*C.P.C.C.C.N.,
as per its Spanish acronym*.] .........................................................................................................
..............................................................................................................................................

## V. STATEMENT UNDER OATH .........................................................................................

I declare under oath that on April 14, 2016, I entered into an agreement with MOJO, a renowned
content distributor, to allow them to monetize my audiovisual contents in different channels or
digital sales platforms. ...............................................................................................................

## VI. MEDIATION – LAW 26589 ...........................................................................................

The Party I represent has complied with the requirements of the aforementioned law and its
regulatory decree No. 1467 /11. After giving due notice, a hearing was held. As Defendant
unreasonably failed to appear at mediation, the mediation process was closed with no settlement
agreement reached, as it arises from the private mediation document attached hereto. ...............
..............................................................................................................................................

## VII. APPLICABLE LAW ....................................................................................................

This claim is based on the provisions of Law 11 723, the Civil and Commercial Code, the case
law and legal scholars' opinions that are applicable to this case, and the Argentine Constitution.
..............................................................................................................................................

## VIII. EVIDENCE ...............................................................................................................

The following evidence is offered to support the right of Plaintiff: ...........................................

    a) *Interrogatories:* We hereby request.......................................................................

        That the Legal Representative of BGM INDUSTRIAS DEL DISCO S.A. and of
        FAROLATINO S.A. be summoned to court in order to answer interrogatories to be
        propounded for each Defendant in the manner and at the time prescribed by law, with
        reservation of the right to ask questions in accordance with the provisions set out in Article
        415 of the Code of Civil and Commercial Procedure .......................................................

    b) *Evidence based on third-parties information:* That court-ordered letters be issued under
        the provisions in Law 22 172 to: .................................................................................
        ..........................................................................................................................

        (i) Farolatino S.A., with registered offices at José Antonio Cabrera 5321  CABA,
        C1414BGW, in order to provide the following information: ... .... ........................................

            (1) *Payments made to individuals or legal entities that have claimed, both in the past
            and currently, the economic rights of the contents by "ROMAN EL ORIGINAL" from
            2003 to date*.........................................................................................................

            (2) *Traffic generated in your platform by the albums detailed in the file attached hereto,
            from 2003 to date*. ...............................................................................................

            (3) *To whom they forwarded those traffic reports and to whom they made those
            payments, including dates and amounts.* ...............................................................

            (4) *Any other relevant information* ........................................................................
        ..........................................................................................................................

15

(ii) Google Argentina S.R.L. and/or Google Inc., with registered offices at Alicia Moreau de Justo 350, C1107AAH CABA, in their capacity as administrator and representative of YouTube in Argentina, in order to provide the following information: …… ……………………

*(1) Payments made to individuals or legal entities that have claimed, both in the past and currently, the economic rights of the contents by "ROMAN EL ORIGINAL" from 2003 to date.* ……………………………………………………………………………………

*(2) Traffic generated in your platform by the albums detailed in the file attached hereto, from 2003 to date.* ……………………………………………………………………………………

*(3) To whom they forwarded those traffic reports and to whom they made those payments, including dates and amounts.* ………………………………………………………

*(4) Any other relevant information* ………………………………………………………

……………………………………………………………………

(iii) The Orchard, with registered offices at Montevideo 418. CABA, 1019, in order to provide the following information: …………………………………………………………

*(1) Payments made to individuals or legal entities that have claimed, both in the past and currently, the economic rights of the contents by "ROMAN EL ORIGINAL" from 2003 to April 14, 2016.*…………………………………………………………………

*(2) Traffic generated in your platform by the albums detailed in the file attached hereto, from 2003 to April 14, 2016.* ………………………………………………………

*(3) To whom they forwarded those traffic reports and to whom they made those payments, including dates and amounts.* ………………………………………………………

*(4) Any other relevant information* ………………………………………………………

……………………………………………………………………

(iv) Spotify, in order to provide the following information: …………………………………

*(1) Payments made to individuals or legal entities that have claimed, both in the past and currently, the economic rights of the contents by "ROMAN EL ORIGINAL" from 2003 to April 14, 2016.*…………………………………………………………………

*(2) Traffic generated in your platform by the albums detailed in the file attached hereto, from 2003 to April 14, 2016.* ………………………………………………………

*(3) To whom they forwarded those traffic reports and to whom they made those payments, including dates and amounts.* ………………………………………………………

*(4) Any other relevant information* ………………………………………………………

……………………………………………………………………

(v) Deezer, in order to provide the following information: ……… ……………………………

*(1) Payments made to individuals or legal entities that have claimed, both in the past and currently, the economic rights of the contents by "ROMAN EL ORIGINAL" from 2003 to April 14, 2016.*…………………………………………………………………

*(2) Traffic generated in your platform by the albums detailed in the file attached hereto, from 2003 to April 14, 2016.* ………………………………………………………

. RENT
A PÚBLICA
ÉS
CAPITAL FEDERAL
B.A Nro. 5328

16

*(3) To whom they forwarded those traffic reports and to whom they made those payments, including dates and amounts.* ..............................................................

*(4) Any other relevant information* ................................................................

.............................................................................................................

(vi) Telecom Personal S.A., with registered offices at Alicia Moreau de Justo 50, CABA, 1107, in order to provide the following information: ...... ..........................................

*(1) Whether it has entered into any Contract, Agreement or Arrangement for the audiovisual content of the Roman Original group. If so, please attach a copy of the signed document.* ....................................................................................................

*2) Provide information on the amounts paid under those Contracts.* ............................

*(3) Payments made to individuals or legal entities that received payment for ring tones or ring back tones of contents by "ROMAN EL ORIGINAL" from 2003 to date.*

*(4) To whom they forwarded those traffic reports and to whom they made those payments, including dates and amounts.* .................................................................

*(5) Any other relevant information* .............................................................

.............................................................................................................

(vii) Telefónica Moviles Argentina S.A., with registered offices at Ingeniero Huergo 723 CABA, 1107, in order to provide information on the following: ...... .....................................

*(1) Whether it has entered into any Contract, Agreement or Arrangement for the audiovisual content of the Roman Original group. If so, please attach a copy of the signed document* .....................................................................................................

*2) The amounts paid under those Contracts.* ...........................................................

*(3) Payments made to individuals or legal entities that received payment for ring tones or ring back tones of contents by "ROMAN EL ORIGINAL" from 2003 to date.* ...........

*(4) To whom they forwarded those traffic reports and to whom they made those payments, including dates and amounts.* .................................................................

*(5) Any other relevant information*...........................................................

.............................................................................................................

(viii) AMX Argentina S.A. (Claro)., with registered offices at Avenida de Mayo 878 CABA, 1084, in order to provide information on the following: ...... ..........................................

*(1) Whether it has entered into any Contract, Agreement or Arrangement for the audiovisual content of the Roman Original group. If so, please attach a copy of the signed document.* ....................................................................................................

*2) The amounts paid under those Contracts.* ...... ..................................................

*(3) Payments made to individuals or legal entities that received payment for ring tones or ring back tones of contents by "ROMAN EL ORIGINAL" from 2003 to date.*

*(4) To whom they forwarded those traffic reports and to whom they made those payments, including dates and amounts.* .................................................................

*(5) Any other relevant information*.............................................................

.............................................................................................................

(ix) That an official letter be issued to Federal Criminal and Correctional Court No. 34 *(Juzgado Nacional en lo Criminal y Correccional de Instrucción)* so that case file No. 38090/2017 (Plaintiff Roman Ezequiel Sivori, ID 30 492 272) be submitted *ad effectum videndi et probandi* ................

(x) That an official letter be issued to SADAIC so that it provides information on all the records of albums and songs or music themes under or held in the name of Roman Ezequiel Sivori (ID No. 30 492 272) or "Roman el Original" or "El Original" ...............................................................

c) *Documentary evidence:* The documents listed below are attached hereto: .....................

    (i)    Copy of the Certificates of Registration of Works in the name of Roman Ezequiel Sivori issued by S.A.D.A.I.C. ..........................................................................................

    (ii)   Copy of Power of Attorney granted to Pedro Luis Mazzino and Silvio Agustin Zappa. .

**d) Documentation Held by the Parties to the Lawsuit (Article 388, CPCCN)** ...............

It is hereby requested that Farolatino SA be ordered to provide the following documents to be received in court: (i) a full and complete list of the payments received from YouTube or Google from 2003 for monetization of audiovisual, audio, video contents or such other content format as is practicable, by Román el Original, Román, El Original or such other similar form as it may be searched in their digital platforms or archives; (ii) A detail of all payments made to BGM Industrias del Disco SA for the monetization of content by Román El Original, Román, El Original or any other similar form, with the warning requirements under Article 388 of the Argentine Federal Code of Civil and Commercial Procedure (CPCCN.) ..............................................................

**e)    Expert Accounting Evidence** ................................................................

It is hereby requested that an authorized accountant be appointed as expert witness to review the books and records of BGM Industrias del Disco SA and Faro Latino SA and to give his opinion regarding: ...........................................................................

    a)  *Whether they keep records or not in compliance with the legal formalities* ..............

        1.  *Payments received for the economic exploitation of the contents of the musical artist known as "ROMAN EL ORIGINAL", "ROMAN", "EL ORIGINAL" from 2003 to date;*

        2.  *Who sent traffic reports to BGM Industrias del Disco SA and their amounts;* .....

        3.  *Any other relevant information* ................................................

II) Furthermore, I hereby request that said expert accounting witness review the books and records of Google Argentina SRL or Google Inc and to give his opinion regarding: ............

    a)  *Whether they keep records or not in compliance with the legal formalities;* ..............

        1.  *Payments made for the economic exploitation of the contents of the musical performer known as "ROMAN EL ORIGINAL", "ROMAN", "EL ORIGINAL" from 2003 to date;* ....................................................................

KENT
PUBLICA
S
\PITAL FEDERAL
.A. Nro. 5328

18

    2.  *Indicate to whom you sent the traffic reports of such Contents and their detailed amounts;* ...................................................................................................................

    3.  *Any other relevant information* ...........................................................................

**f)** **Computer Science Expert Evidence:** ...................................................................

It is hereby requested that an authorized computer science professional be appointed as expert witness to examine the servers and computers of BGM Industrias del Disco SA and Farolatino SA and to give his opinion regarding: ................................................

    1)  *Payments made to the individuals or legal entities that have claimed, both in the past and currently, the economic rights on the contents by "ROMAN EL ORIGINAL", "ROMAN", "EL ORIGINAL" from 2003 to date;* ...................................................

    2)  *The traffic generated in all digital platforms, including, but not limited to, YouTube, Spotify, The Orchard, Deezer, Personal, Movistar, Claro (AMX Argentina SA) by the albums listed in the file attached hereto, from 2003 to date;* ...............................

    3)  *To whom they sent or from whom they received those traffic reports and to whom they paid or from whom they received those payments, including dates, amounts, as appropriate.* .........................................................................................................

    4)  *Any other relevant information.* .............................................................................

## IX. RESERVATION OF THE RIGHT TO APPEAL TO THE SUPREME COURT OF ARGENTINA

In the hypothetical case that the claim is not upheld, in whole or in part, I hereby state the reservation of the federal case under Article 14 of Law 48, since I consider that the express constitutional guarantees (Articles 14 and 18 of our National Constitution) have been violated with respect to my client. ...............................................................................................................

## X. AUTHORIZATIONS ........................................................................................................

Plaintiff hereby expressly authorizes Carlos Alberto Grandolini and/or Luis Lanata to collate information across the case file and the documentary evidence attached hereto, make copies and withdraw pages from the file, file pleadings and perform any such act or thing as may be necessary for these proceedings. ....................................................................................................

## XI. PRAYER FOR RELIEF ...................................................................................................

Wherefore, this Court is hereby requested to: ............................................................................

    1.  Declare that Plaintiff has entered an appearance and is a party to these proceedings, and that Plaintiff has set the address for service of process as indicated hereinabove.................

    2.  Ensure that the case be handled as an ordinary proceeding and that the documentation enclosed hereto be included in the case file, and that the original documents be kept at the office of the Court Clerk. To that end, a set of copies is enclosed hereto. ......................................

    3.  File the reservation of rights under federal law ...........................................................

. KENT
A PÚBLICA
ES
CAPITAL FEDERAL
.B.A. Nro. 5328

4. Declare that this complaint has been duly and timely instituted and order that defendants be served with process within the statutory term...........................................................................

5. Enter a judgment upholding all of the petitions included herein, and order Defendants to pay in full the principal claimed plus interests, indexation rates, court costs and attorney fees, from the day on which they fall due to the actual date of payment.......................................

.................................................................................................................................................

Respectfully submitted .............................................................................................................

(*Name and seal of Notary Public*:) Silvio Agustin Zappa. Attorney-at-Law. Professional License No. entered with the Bar Association of the Federal Capital under Volume 91, Page 122. ....................

.................................................................................................................................................

.................................................................................................................................................

*[Coat of arms of Argentina]* **Ministry of Justice and Human Rights. Office of the President .......**

**Office of the Secretary of Justice – Office for Access to Justice** ...............................................

**MEDIATION** ............................................................................................................................

Law No. 26589 – **Mediator: Baya Casal, Mariana Estela.** Registered with the Ministry of Justice and Human Rights with No. 4555. ..............................................................................................

Address: Tucuman 716 3 E. Tel. 4393 0103 (baya@fibertel.com.ar) ............................................

**MANDATORY PRETRIAL MEDIATION No. 203961[MEPRE – [***Mandatory Pre-Trial Mediation System, as per its Spanish acronym***]. Bar code: 2292981913 ...............................................**

**MANDATORY PRETRIAL MEDIATION – MINUTES** ................................................................

**Cover page of file: ......**....................................................................................................

**Claimant: Roman Ezequiel Sivori** ...........................................................................................

**Defendants: BGM Industrias del Disco SA; Farolatino SA; Google Argentina SRL.** ....................

**Claim: Compensation for Damages – To cease Use of Mark** .....................................................

**Amount Claimed: Undefined** ...................................................................................................

**Jurisdiction: Federal – Civil and Commercial in and for the City of Buenos Aires** ....................

**Filing Fee: Payment receipt No. 201602490256** ......................................................................

**Date – Section 18, Law 26 589: 03/31/2016** ............................................................................

**DESCRIPTION OF CLAIM / AMENDENDED CLAIM/ADDITIONAL CLAIM (Cross out what does not apply): CLAIM TO CEASE MONETIZATION OF CONTENT – INFRINGEMENT OF INTELLECTUAL PROPERTY LAW ON DIGITAL CHANNELS.** ..............................................

The information in this mediation process is confidential. Each Party and the professionals involved must keep it confidential to the extent provided for in Sections 7, 8 and 9 of Law No. 26 589. ..........

**HEARING** ...............................................................................................................................

**Hearing No. 3 – Place and date:** City of Buenos Aires, 06-22-2016, **Start time:** 02:00 pm – **End Time:** 03:00 pm ......................................................................................................................

ENT
ÚBLICA

ITAL FEDERAL
\. Nro 5326

**Outcome of mediation:** Settlement not reached ..............................................................................................

**Mediation process:** Terminated by the Parties ....................................................................................

**Remarks:** ............................................................................................................................................

The parties voluntarily request to modify the date of the hearing for today. For the record, the Plaintiff decided not to summon Google Inc. .............................................................................................

**PARTICIPANTS:** ...........................................................................

| | | |
|---|---|---|
| **SIVORI, ROMAN EZEQUIEL**<br>Plaintiff | | In attendance<br>(signature) |
| ID. Document No (DNI) 30492272<br>Tel. --- Email: ---<br>Country: Argentina<br>Place of residence/Legal address for service/reported domicile: Reconquista 642, 5 Piso Of. 527 Ciudad Autónoma de Buenos Aires)<br>Domicile by choice: Reconquista 642, 5 Piso Of. 527/28 Ciudad Autónoma de Buenos Aires) | Counsel:<br>MAZZINO, Pedro Luis | |
| **MAZZINO, PEDRO LUIS**<br>Legal representative of Plaintiff | | In attendance<br>(signature) |
| ID. Document No (DNI) 29591727<br>Tel. 1558482305 - Email: pmazzino21@gmail.com<br>Domicile by choice: Reconquista 642, 5 Piso Of. 527/28 Ciudad Autónoma de Buenos Aires) | Professional License: Bar Association of the City of Buenos Aires (CPACF): Volume 90, Page 337 | |
| **BGM INDUSTRIAS DEL DISCO SA**<br>Defendant | | In attendance<br>(signature) |
| Tax ID No. ----<br>Tel. --- Email: ---<br>Country: Argentina<br>Place of residence/Legal address for service/reported domicile: Colombres 107 Ciudad Autonoma de Buenos Aires<br>Domicile by choice: Ciudad Autónoma de Buenos Aires. Santa Fe 931 6 Piso | Counsel:<br>Rouvier Mariano Jorge | |
| **Rouvier Mariano Jorge**<br>Legal representative of Defendant | | In attendance<br>(signature) |
| ID. Document No (DNI) 25640832<br>Tel. 43224154/1565108397<br>Email: mjrouvier@fibertel.com.ar<br>Domicile by choice: Santa Fe 931, 6 Piso, Ciudad Autónoma de Buenos Aires) | Professional License: Bar Association of the City of Buenos Aires (CPACF): Volume 77, Page 91 | |
| **FAINZAIG ZYLBERBERG JAVIER**<br>Legal representative of Defendant | Legal counsel: Tricarico Maria Martha | In attendance<br>(signature) |
| ID. Document No (DNI) 93909459<br>Tel. – E.mail: -- | | |

| | |
|---|---|
| Place of residence/reported domicile/Legal address for service: Jose Antonio Cabrera 5321 Ciudad Autónoma de Buenos Aires<br><br>Domicile by choice: Ciudad Autónoma de Buenos Aires - Zapiola 880, PB. | |
| **FAROLATINO SA**<br>Defendant | In attendance<br>(signature) |
| Tax ID No. ----<br>Tel. — E.mail: ---<br>Country: Argentina<br>Place of residence/reported domicile/<br>Legal address for service: Jose Antonio Cabrera 5321 Ciudad Autónoma de Buenos Aires<br>Domicile by choice: Ciudad Autónoma de Buenos – Marcelo T. de Alvear 1408 4 Piso | Counsel:<br>Peche, Nelida NOemi |
| **Peche Nelida Noemi**<br>Defendant's Attorney-in-fact | In attendance<br>(signature) |
| ID. Document No (DNI) —<br>Tel. –<br>Email: ---<br>Domicile by choice: Ciudad Autónoma de Buenos Aires – Marcelo T. de Alvear 1408 4 Piso | Professional License: Bar Association of the City of Buenos Aires (CPACF): Volume 46, Page 289 |

[*Signature and seal of mediator:*] Mariana Estela Baya Casal. Pre-trial Mediator – Law 26589.

[*Further details are illegible*] ...............................................................................

**CERTIFICATION OF SIGNATURE BY THE MINISTRY OF JUSTICE AND HUMAN RIGHTS. ..**

...............................................................................
...............................................................................

[*Description of tables*] ...............................................................................

S.A.D.A.I.C. [*Argentine Rights Society*] Argentine Society of Music Authors, Songwriters and Publishers ...............................................................................

[*Titles of columns, from left to right.*] ...............................................................................

| Member No. 73421-07 | | Name: SIVORI Roman Ezequiel | | | | Page 1-7 | |
|---|---|---|---|---|---|---|---|
| Works No. | Title/Author-Songwriter | Genre | Status | ISWC International Standard Musical Work Code | Music Publisher | Ref. | % |
| | | Canción: Song | Grabada y Editada: Recorded and Published | | | | |
| | | | Editada: Published | | | | |

Total Works: 97 ...............................................................................

Total status 6: Unpublished Works: *(blank)*...............................................................................

Total status 7: Published: 32 ...............................................................................

ₑN'
UBLICA

RTAL FEDERAL
ı. Nro. 5328

Total status 8: Recorded: *(blank)* ..................................................................................................................

Total status 9: Recorded and published: 65 ..............................................................................................

..........................................................................................................................................................

..........................................................................................................................................................

KENT
A PÚBLICA
SS
CAPITAL FEDERAL
P.A. Nro 5328

S.A.D.A.I.C.

PAG.   1

23

SOCIO : 73121-07

NOMBRE : SIVORI ROMAN EZEQUIEL

| Nro Obra | Titulo / Autor-Compositor | Genero | Condicion | ISWC | Editor | Ref | Porcen |
|---|---|---|---|---|---|---|---|
| 1156404-04 | CUMBIA VICIOSA<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-037370415-4 | 10105 | C | 9.37 |
| 1156045-02 | MENEA SIN PARAR<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-037370416-5 | 10105 | C | 9.37 |
| 1165347-04 | CASAS EN ORIGINAL ESE<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-037379672-5 | 10012 | A | 12.50 |
| 1165148-02 | SOS RE LOCO<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-037379673-6 | 10012 | A | 12.50 |
| 1165149 00 | SE BAILA ASI<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-037379674-7 | 10012 | A | 12.50 |
| 1165150-04 | RITMO SENSUAL<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-037379675-8 | 10012 | A | 12.50 |
| 1165351 02 | ESTE VERANO<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-037379676 9 | 10012 | A | 12.50 |
| 1165252-02 | EL HOMBAO<br>MARAN MARCELO ALE-ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037379677-0 | 10012 | A | 9.38 |
| 1165215-02 | SOS MI AMOR<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-037379739-7 | 10012 | A | 22.50 |
| 1180580-03 | CINTURA<br>TORRES SANTIAGO I-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-037395991-1 | 10012 | C | 12.50 |
| 1180581 01 | MIS CHICAS<br>TORRES SANTIAGO I-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-037395992-2 | 10012 | C | 12.50 |
| 1180582 10 | CUMBIETON<br>TORRES SANTIAGO I-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-037395993-3 | 10012 | C | 12.50 |
| 1180583-08 | QUIERO VER<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-037395994-4 | 10012 | C | 18.75 |
| 1180584-06 | NUNCA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-037395995-5 | 10012 | C | 18.75 |
| 1180585 04 | PA ADENTRO<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-037395996-6 | 10012 | C | 18.75 |
| 1180586-02 | MONTE A GOZAR<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-037395997-7 | 10012 | C | 18.75 |

KENT<br>PÚBLICA<br>3<br>\PITAL FEDERA\<br>A. Nro 5326

S.A.D.A.I.C

PAG. 2

24

NOMBRE : SIVORI ROMAN EZEQUIEL

SOCIO : 73421-07

| Nro.Obra | Titulo / Autor-Compositor | Genero | Condicion | ISWC | Editor | Ref | Porcen |
|---|---|---|---|---|---|---|---|
| 1180597-00 | DANIELO<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-037395598-8 | 10012 | C | 16.75 |
| 1184247-04 | PESTE DE SABADO<br>SOSA CLAUDIO LEAN-ARENAS ANDRES AL | CANCION | EDITADA | T-037139677-0 | 10176 | AC | 25.00 |
| 1186207-06 | DEVORAME LA POTENCIA<br>ARENAS ANDRES ALF-TORRES SANTIAGO | CUMBIA | EDITADA | T-037402776-1 | 10176 | A | 12.50 |
| 1195715-06 | NO ME PROVOQUES<br>SIVORI ROMAN EZEQ-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411332-2 | 10176 | AC | 25.00 |
| 1195716-04 | DAME UNA OPORTUNIDAD<br>SIVORI ROMAN EZEQ-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411333-3 | 10176 | AC | 25.00 |
| 1195717-04 | COMO LE GUSTA<br>SIVORI ROMAN EZEQ-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411334-4 | 10176 | AC | 25.00 |
| 1195718-02 | BAILALO<br>SIVORI ROMAN EZEQ-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411335-5 | 10176 | AC | 25.00 |
| 1195776-10 | EL CUCHILLO<br>SOSA CLAUDIO LEAN-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411351-5 | 10176 | AC | 25.00 |
| 1195777-08 | BANANAN<br>SOSA CLAUDIO LEAN-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411394-6 | 10176 | AC | 25.00 |
| 1195778-06 | COSO PENA<br>SOSA CLAUDIO LEAN-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411395-7 | 10176 | AC | 25.00 |
| 1195935-00 | MIRAME<br>ARENAS ANDRES ALF-RIBOLDI GABRIE. | CANCION | GRABADA Y EDITADA | T-037411532-8 | 10176 | AC | 16.67 |
| 1155916-09 | TRAICO MI CUMBIA<br>ARENAS ANDRES ALF-SIVORI ROMAN EZE | CANCION | GRABADA Y EDITADA | T-037411533-9 | 10176 | AC | 16.87 |
| 1195917-07 | QUIERO OTRA MUJER<br>ARENAS ANDRES ALF-SIVORI ROMAN EZE | CANCION | GRABADA Y EDITADA | T-037411534-0 | 10176 | AC | 21.87 |
| 1195946-00 | EL SONIDO ORIGINAL<br>ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411563-5 | 10176 | AC | 21.87 |
| 1195947-09 | TE RESPETO<br>ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411564-6 | 10176 | AC | 21.88 |
| 1195948-07 | NO RESPETAS<br>ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411565-7 | 10176 | AC | 21.88 |

.ENT
PUBLICA
PITAL FEDERAL
a Nro 5328

S.A.D.A.I.C.

SOCIO  73421-07          NOMBRE - SIVORI ROMAN EZEQUIEL

| Nro.Obra | Titulo / Autor-Compositor | Genero | Condicion | ISWC | Editor | Ref | Porcen |
|---|---|---|---|---|---|---|---|
| 1195949-05 | TE VOY / ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411566-8 | 10176 | AC | 21.88 |
| 1195950-09 | UNA NOCHE MAS / ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411567-9 | 10176 | AC | 21.88 |
| 1195951-07 | SI ENTENDIERAS / ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411568-0 | 10176 | AC | 21.88 |
| 1195952-05 | ME DICA KE / ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411569-1 | 10176 | AC | 21.88 |
| 1195953-03 | NO VOY A PARAR / ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411570-4 | 10176 | AC | 21.88 |
| 1194096-05 | PASTON DE SABADO DOS / ARENAS ANDRES AL-SIVORI ROMAN EZE-ARENAS ANDRES AL | CANCION | EDITADA | T-037411713-1 | 10176 | AC | 25.00 |
| 1206132-10 | CACHITO / ARENAS ANDRES ALF-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-037421847-9 | 10252 | AC | 12.50 |
| 1206133-10 | BAILA SI' BATE / ARENAS ANDRES ALF-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-037421848-0 | 10252 | AC | 12.50 |
| 1206134-04 | LLANEMOS AL DOCTOR / ARENAS ANDRES ALF-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-037421850-4 | 10252 | AC | 12.50 |
| 1206135-02 | LAS CHICAS KIEREN TROMPITA / ALEZXALAY EZEQUIE-ARENAS ANDRES AL | CUMBIA | EDITADA | T-037421851-5 | 10252 | AC | 12.50 |
| 1206136-00 | AMOR / ARENAS ANDRES ALF-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037421852-6 | 10252 | AC | 15.00 |
| 1206137-09 | MARISOL / ARENAS ANDRES ALF-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037421853-7 | 10252 | AC | 15.00 |
| 1206138-07 | REDONDITO / ARENAS ANDRES ALF-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037421854-8 | 10252 | AC | 15.00 |
| 1206139-05 | MARCHA / ARENAS ANDRES ALF-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037421855-9 | 10252 | AC | 15.00 |
| 1206141-01 | VUELVE OTRA VEZ | CUMBIA | EDITADA | T-037421657-1 | 10252 | AC | 15.00 |
| 1206143-03 | VUELVE OTRA VEZ | CUMBIA | EDITADA | T-037421859-3 | 10252 | AC | 15.00 |

NENT
PÚBLICA
B
PITAL FEDERAL
A. Nro 5328

26

PAG. 4

S.A.D.A.I.C

SOCIO : 73427107     NOMBRE : SIVORI ROMAN EZEQUIEL

| Nro.Obra | Titulo / Autor-Compositor | Genero | Condicion | ISWC | Editor | Rel | Porcun |
|---|---|---|---|---|---|---|---|
| 1206151-04 | ARENAS ANDRES ALF-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037421867-3 | 10252 | AC | 12.50 |
| 1214174-09 | CON LAS MANOS ALZOGARAY EZEQUIE-ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430423-0 | 10252 | AC | 12.00 |
| 1214675-07 | DAMAS ARENAS ALF-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037430426-1 | 10252 | AC | 12.50 |
| 1214676-05 | SIGUE EL CRIOLINA SERANTONI HECTOR -ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430425-2 | 10252 | AC | 12.50 |
| 1214677-03 | TU CHATO SERANTONI HECTOR -ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430426-3 | 10252 | AC | 12.50 |
| 1214561-01 | QUIERO GOZALO JOSE LUIS -ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430430-9 | 10252 | AC | 12.50 |
| 1214683-08 | ME ENAMORE DE TI GOZALO JOSE LUIS -ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430432-1 | 10252 | AC | 15.00 |
| 1214685-04 | VOLVERAS KEESER MARCELO FA-ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430434-5 | 10252 | AC | 12.50 |
| 1214690-00 | HASTA MAÑANA DEL SEL MA FA-ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430439-8 | 10252 | AC | 12.50 |
| 1214692-07 | NUEVA BOMBA SERANTONI HECTOR GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037430441-2 | 10252 | AC | 15.00 |
| 1214696-10 | MUEÑUÑO MAMI SERANTONI HECTOR -ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430445-6 | 10252 | AC | 12.50 |
| 1263534-00 | SEÑAL SENCILLO SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037479512-6 | 10252 | AC | 18.75 |
| 1263535-09 | EL ATAME SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037479513-7 | 10252 | AC | 18.75 |
| 1263536-07 | COMO ME GUSTA SIVORI ROMAN EZEQ GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037479514-8 | 10252 | AC | 18.75 |
| 1263537-01 | NADIE COMO TU SIVORI ROMAN EZEQ GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037479511-1 | 10252 | AC | 18.75 |

KENT
A PÚBLICA
ES
CAPITAL FEDERAL
B A. Nro. 5328

S.A.D.A.I.C.

PAG: 27

SOCIO : 73421-07
NOMBRE : SIVORI ROMAN EZEQUIEL

| Nro.Obra | Titulo / Autor-Compositor | Genero | Condicion | ISMC | Editor | Ref | Porcen |
|---|---|---|---|---|---|---|---|
| 1263540 05 | TARA ROCA LA AMETRALLADORA<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037479518-7 | 10252 | AC | 18.75 |
| 1263542 01 | ABRAZAME<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037479520-6 | 10252 | AC | 18.75 |
| 1263563-04 | QUIERO HACERTE EL AMOR<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037479541-1 | 10252 | AC | 18.75 |
| 1263566-09 | YO POR UN MINUTO<br>GOZALO JOSE LUIS -MENDUIÑA AMADEO | CUMBIA | EDITADA | T-037479544-4 | 10252 | AC | 15.00 |
| 1263567-07 | UN MINUTO MAS<br>GOZALO JOSE LUIS -MENDUIÑA AMADEO | CUMBIA | GRABADA Y EDITADA | T-037479545-5 | 10252 | AC | 15.00 |
| 1263568-05 | YO POR TI<br>GOZALO JOSE LUIS -MENDUIÑA AMADEO | CUMBIA | GRABADA Y EDITADA | T-037479546-6 | 10252 | AC | 15.00 |
| 1263569-01 | ES UNA BRUJITA<br>SIVORI ROMAN EZEQ GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037479547-7 | 10252 | AC | 15.00 |
| 1263587-01 | SERGIA ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037479565-9 | 10252 | AC | 15.00 |
| 1263593-10 | NO TE QUIEREN CONMIGO<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037479572-6 | 10252 | AC | 15.00 |
| 1263594-04 | DAME LO QUE QUIERO<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037532481-4 | 10252 | AC | 18.75 |
| 1314531-02 | ROMAN EL ORIGINAL<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532482-5 | 10252 | AC | 18.75 |
| 1314532-00 | TE QUISE OLVIDAR<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532489-7 | 10252 | AC | 18.75 |
| 1314533-09 | SERGIA ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532487-0 | 10252 | AC | 18.75 |
| 1314534-07 | EL HEROE DE TU AMOR<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532489-2 | 10252 | AC | 18.75 |
| 1314535 05 | QUE MAL ME PAGASTE<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532491-6 | 10252 | AC | 18.75 |
| 1314536-03 | MATEMOS ESTAR ESKUP<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | EDITADA | | | | |

KENT
PUBLICA
ES
APITAL FEDERAL
R.A Nro. 5328

S A D A I C.

SOCIO : 73421-07

NOMBRE : SIVORI ROMAN EZEQUIEL

PAG. 6

28

| Nro. Obra | Titulo / Autor-Compositor | Genero | Condicion | ISWC | Editor | Ref | Porcen |
|---|---|---|---|---|---|---|---|
| 2314537-01 | CASA BONITA / SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532493-8 | 10252 | AC | 18.75 |
| 1314540-01 | HACIA PARA TI / SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532496-1 | 10252 | AC | 18.75 |
| 1314543-06 | SIVORI PIERCA / SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532499-4 | 10252 | AC | 18.75 |
| 1314544-04 | ELLA ME SEDUCE / SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532500-0 | 10252 | AC | 18.75 |
| 1314545-02 | DAME LA BATIDORA / SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532501-1 | 10252 | AC | 18.75 |
| 1314546-00 | ESA NENA / SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532502-2 | 10252 | AC | 18.75 |
| 1314547-09 | COMO SERA / SIVORI ROMAN FZRO GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532503-3 | 10252 | AC | 18.75 |
| 1412243-10 | SUAVE / SIVORI ROMAN EZEQ-PELUFFO LEONARDO | CANCION | EDITADA | T-037638617-2 | 10212 | AC | 37.50 |
| 1412250-02 | TE DEJO TIRADA / SIVORI ROMAN EZEQ-SOSA CLAUDIO LEA | CANCION | EDITADA | T-037638624-1 | 10212 | AC | 25.00 |
| 1412252-09 | SIVORI ROMAN EZEQ-SOSA CLAUDIO LEA | CANCION | EDITADA | T-037638626-3 | 10212 | AC | 25.00 |
| 1412258-08 | ES AHI / SIVORI ROMAN EZEQ-SOSA CLAUDIO LEA | CANCION | EDITADA | T-037638632-1 | 10212 | AC | 18.75 |
| 1412259-06 | LA NOCHE ES NUESTRA / SIVORI ROMAN EZEQ-SOSA CLAUDIO LEA | CANCION | EDITADA | T-037638633-2 | 10212 | AC | 18.75 |
| 1412260-10 | PEDORNOS / SIVORI ROMAN EZEQ-PSLUFFO LEONARDO | CANCION | EDITADA | T-037638634-3 | 10212 | AC | 15.00 |
| 3412339-07 | LA TOCA / SIVORI ROMAN EZEQ-SOSA CLAUDIO LEA | CANCION | EDITADA | T-037638772-2 | 10212 | AC | 25.00 |
| 1412380-00 | QUE PASO / SIVORI ROMAN EZEQ-PELUFFO LEONARDO | CANCION | EDITADA | T-037638773-3 | 10212 | AC | 37.50 |
| 1432277-03 | HABLAME POR PRIMERA | CONCION | EDITADA | T-037680723-6 | 10176 | AC | 25.00 |

KENT
PUBLICA
S
APITAL FEDERAL
A. Nro 5328

S.A.D.A.I.C.

SOCIO : 73421-07
NOMBRE : SIVORI ROMAN EZEQUIEL

| Nro.Obra | Titulo / Autor Compositor | Genero | Condicion | ISWC | Editor | Ref | Porcen |
|---|---|---|---|---|---|---|---|
| 1432270 C1 | PELUDFO LEGONDADO -SIVORI ROMAN EZE | CANCION | | | | | |
| | QUIERO BAILAR CONTIGO / SIVORI ROMAN MIXO-SOSA CLAUDIO LEA | CANCION | GRABADA Y EDITADA | T-037680724-7 | 10176 | AC | 25.00 |
| 1647846-10 | CUMBIA / SIVORI ROMAN EZEQ-PELUDFO LEONARDO | CANCION | EDITADA | T-037693520-9 | 10293 | AC | 25.00 |

TOTAL DE OBRAS : 97

TOTAL CONDICION 6 - INEDITA :
TOTAL CONDICION 7 - EDITADA : 32
TOTAL CONDICION 8 - GRABADA :
TOTAL CONDICION 9 - GRAB Y EDIT : 65

KENT
A PÚBLICA
ÉS
CAPITAL FEDERAL
B.A. Nro. 5326

30

Association of Notaries Public ------------------------------------------------------------

City of Buenos Aires, capital city of the Republic of Argentina. ------------------------------------

NOTARIAL ATTESTATION / LAW 404 ----------------------------------------------------------

*[Official signature and seal of notary in all the pages of the document:]* Carlos Alberto Coto..

Notary Public. Professional Registration No. 3678 -------------------------------------------------

Notarized pages numbered: N 019628828 - N 019628829 -----------------------------------

FIRST NOTARIZED COPY. NOTARIAL INSTRUMENT number: Thirty-seven. ------------------

In the Autonomous City of Buenos Aires, Capital City of the Republic of Argentina, on this 15th day of the month of March, 2016, before me, authorizing notary public, there appears **Roman Ezequiel SIVORI**, single, Argentine, born on November 20, 1983, holder of ID [DNI] No. 30 492 272, residing at Ruta 52, Kilometro 3.5 Canning, Provincia de Buenos Aires, Barrio Saint Thomas, Lote 644; personally known unto me to be the person whose name is subscribed hereunder, ATTEST; and who represents as follows: That he grants a **GENERAL POWER OF ATTORNEY FOR ADMINISTRATIVE AND JUDICIAL PROCEEDINGS to Pedro Luis MAZZINO, esq., holder of ID [DNI] Document No. 29 591 727, Luis LANATA, esq., holder of ID [DNI] Document No. 10 200 926 and Silvio Agustin ZAPPA, esq., holder of ID [DNI] Document No. 29 591 404**, so that they may, acting jointly or separately or alternatively, represent the Principal in all matters and businesses in which he has an interest, namely: **FIRST: TO TAKE PART IN LAWSUITS:** to take part, in furtherance of the principal's interests, in all lawsuits brought or to be brought before any courts whatever their jurisdiction, whether as plaintiff, defendant, or in any other capacity; carry out all kinds of administrative acts and formalities; in particular, initiate, pursue and intervene in administrative proceedings before the Ministry of Labor and Social Security, the Mandatory Conciliation Service *[SECLO, Servicio de Conciliación Obligatoria, as per its Spanish acronym]*, and all and any agencies, departments, offices and instrumentalities thereof. To this end, the attorneys-in-fact are hereby expressly authorized to file all kinds of writings, deeds, notarial deeds, title documents, certified copies of entries of birth, marriage and death, and other instruments, whether public or private, that may be required; appoint mediators, and accept the appointment or removal thereof; with powers to take part in mediation hearings and enter into agreements thereat and request the ratification of any such agreements; institute, answer, prosecute or abandon all kinds of actions, complaints and counterclaims; join a lawsuit as a third party claimant; file counterclaims; challenge the jurisdiction of the court, attend oral trials and be present at the performance of examinations, comparisons of documents, signatures and handwriting samples; agree upon the jurisdiction of certain courts other than those statutorily contemplated to hear a case and file motions to dismiss for lack of jurisdiction; offer, handle and cause to be received in Court any kind of evidence and information: challenge, seek or waive legal remedies or rights, including those already granted; file a plea to bar or toll the statute of limitations or waive the rights acquired under the statute of limitations; submit controversies or disputes to arbitration, arbitrators, adjudicators, amicable compounders; offer and impeach witnesses and challenge testimonial evidence; enter into or terminate any kind of compromise and settlement; take or defer oaths; seek the avoidance or nullification of an act or order; seek

ENT
UBLICA
ITAL FEDERAL
. Nro. 5328

attachments, prohibition orders, and precautionary or final measures and the lifting thereof; grant debt reductions and allow extensions of the time for payment; appoint or consent to the appointment of asset managers, appraisers, auctioneers, notaries public, guardians, curators and experts of any kind; accept or challenge their actions or expert opinions; furnish or demand suretyships or bonds and other guarantees; handle letters rogatory, warrants, notices of all kinds, including summonses, subpoenas and demands; send summonses and notices, whether by letter, certified-official letter, simple telegrams or certified telegrams, with or without acknowledgement of receipt; request verification reports; draw up or request inventories; apply for provisional remedies of all kinds; certified copies, registrations, the addition or return of documents, the examination of books and records; file all kinds of actions, whether *in rem or in personam*; file for eviction and ejectment; file for petitions for bankruptcy or special reorganization proceedings of the principal's debtors in civil and commercial law, with powers to attend meetings of creditors, file proofs of claims or object to claims and their classification, appoint liquidators, surveillance committees, accept receiverships; accept, reject, renew reorganization plans and adjudications and assignments of property or other assets or other arrangements; take measurements, establish and mark boundaries, pay creditors' claims; file claims for damages, file police reports and criminal complaints or abandon all such kinds of actions and claims, initiate succession proceedings, whether testamentary or *ab-intestatio* succession, whether or not as a party to the proceedings; accept or reject legacies and inheritances; recognize and disown heirs, creditors, legatees and assignees; take part in ancillary or subsidiary proceedings of all kinds; assert, accept or reject Acts of God or Force Majeure; make novations, grant debt reductions and allow extensions of the time for payment; file and answer interrogatories propounded to the parties to the lawsuit; request the discontinuance of proceedings; receive one thing for another; seek the enforcement of judgements; request the judicial sale of the assets of the principal's debtors and guarantors; collect and receive any sums of money paid in and our of court; and issue receipts or payment receipts therefor; grant and revoke special powers of attorney for judicial proceedings.

**Second:** ADMINISTRATIVE PROCEEDINGS: To act before private agencies, public administrations and national, provincial, municipal, departmental or foreign authorities, and the agencies and instrumentalities thereof, currently existing or hereafter created, and in particular before Ministries, Government Secretariats, Municipal Courts of Misdemeanors, Legislatures, Municipalities, Governmental agencies of the Autonomous City of Buenos Aires, Customs authorities, Utilities companies, including, but not limited to Gas Companies, Electricity Companies, Water and/or Sewage Companies, state-owned or private Postal and Telegraph Companies, Internal Revenue Service [*DGI - Argentine Tax Authority*], Argentine Patent and Trademark Office, Registry of Commerce, Real Estate and Motor Vehicle Registry, Argentine Federal Police and Police of the Provinces, National Social Security Authority [ANSES] and its different retirement, pension and subsidy funds and the agencies thereof; with powers to initiate and handle until completion all kinds of formalities and proceedings; file writings, deeds, receipts, documents, evidence and information, and any other instrument required; pay all fines, taxes, fees, assessments, interest and surcharges and seek reimbursement of such payments, file

32

claims of any kind; file and abandon administrative motions and appeals; seek the approval of blueprints and drawings. In particular, the attorneys-in fact are authorized to file claims against any company or enterprise responsible for exploiting or monetizing digital content, and against the owners of digital channels through which digital content is broadcasted. Further, the appearing party states that the powers conferred herein may be exercised both in relation to circumstances prior and subsequent to the execution of this power of attorney. The attorneys-in-fact are empowered to do and perform any other act or thing that may be appropriate for the best execution of this power of attorney, with the understanding that the listing of specific powers is not intended to revoke, limit or restrict the general powers granted in this Power of Attorney, which may be substituted by requesting the authorizing notary public to issue a copy for the attorneys-in-fact. ------------------------------------------------------------------------------------------------------------------

These presents having been READ to the appearing party, the said party acknowledges this act as its own act and hereunto sets his hand before me, I ATTEST. --------------------------------------- SIGNATURES: Roman Ezequiel Sivori – Carlos Alberto Coto. There is a seal. -----------------------

The attached instrument is a true and correct copy of the original deed entered before me, authorizing Notary Public, Carlos Alberto Coto, on page No. 64 of Book of Notarial Records "A" under my care, kept in and for the City of Buenos Aires. For the ATTORNEYS-IN-FACT I issue this FIRST CERTIFIED COPY in TWO sheets of notarial record correlatively numbered from N019628828 to N019628829, which I sign and seal in the place and on the date of execution. -- *[There is an illegible signature followed by a seal that reads:]* Carlos Alberto Coto. Notary Public Registration No. 3678. -------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------------

*[For authentication purposes only]* -------------------------------------------------------------------------------

I, being duly sworn, depose and say that I am familiar with both the English and the Spanish languages. That I have made the attached translation from the annexed document in the Spanish language and hereby certify that the same is a true and complete translation into English to the best of my knowledge, ability and belief. _____

Es traducción fiel y completa al inglés, del documento en español, en 32 páginas, que tuve a la vista y al cual me remito. En Buenos Aires, a los 26 días del mes de mayo de 2022. _____

4S686/22

VALERIA KENT
TRADUCTORA PÚBLICA
INGLÉS
MAT. To. XV Fo. 146 CAPITAL FEDERAL
INSCRIP. C.T.P.C.B.A. Nro. 5328

KENT
IA PÚBLICA
ES
CAPITAL FEDERAL
G A. Nro. 5328

# COMISION ROGATORIA

LETTER OF REQUEST

COMMISSION ROGATOIRE

Convenio de 18 de marzo de 1970

sobre la Obtención de Pruebas en el Extranjero en Materia Civil o Comercial

Hague Convention of 18 March 1970 on the

Taking of Evidence Abroad in Civil or Commercial Matters

| 1. | Remitente | Juzgado Nacional en lo Civil Nro. 2. |
| | Sender | Talcahuano 490, 5º piso, Ciudad Autonoma de Buenos Aires, Republica Argentina. CP C1013. |
| | Expéditeur | Telefono: 4130-6363 |
| | | Correo electrónico: inc.vil2@pjr.gov.ar |
| 2. | Autoridad Central del Estado requerido | Departamento de Justicia de los Estados Unidos de America |
| | Central Authority of the Requested State | (ABC LEGAL) |
| | Autorité centrale de l'État requis | 633 Yesler Way, Seattle, WA 98104 USA. |
| 3. | Persona/autoridad judicial a la que debe retornarse la solicitud una vez ejecutada | Ministerio de Relaciones Exteriores, Comercio Internacional y Culto de la Republica Argentina |
| | Person to whom the executed request is to be returned | Esmeralda 1212, Ciudad Autonoma de Buenos Aires, Republica Argentina. CP C1007. |
| | Personne à qui les pièces constatant l'exécution de la demande doive à être renvoyées | |
| 4. | Especificación de la fecha en la que la autoridad requirente precisa acuse de recibo de la solicitud enviada | |
| | Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request | |
| | Indiquer la date limite à laquelle l'autorité requérante devra recevoir l'accusé de réception de la commission rogatoire | |
| | Fecha limite | Click or tap here to enter text |
| | Date | |
| | Date limite | |

VALE
TRADUC
MAT. To. XV Fo. 1
INSCRIP. C.1

| | Justificación de la urgencia | Click or tap here to enter text. |
|---|---|---|
| | *Reason for urgency* | |

**De conformidad con el artículo 3 del Convenio, la autoridad abajo firmante tiene el honor de remitir la siguiente solicitud**

*In conformity with Article 3 of the Convention, the undersigned applicant has the honour to submit the following request:*

| 5. a | Autoridad requirente<br><br>(Art. 3(a))<br><br>*Requesting authority*<br><br>*(Art. 3(a))* | Ministerio de Relaciones Exteriores, Comercio Internacional y Culto de la Republica Argentina<br><br>Esmeralda 1212, Ciudad Autonoma de Buenos Aires, Republica Argentina. CP C1007.<br><br>Telefono: 4819-7000<br><br>Correo electronico: info@cancilleria.gob.ar |
|---|---|---|
| b | Para la autoridad competente de (Art. 3(a))<br><br>*To the Competent Authority of (Art. 3(a))* | Departamento de Justicia de los Estados Unidos de America<br><br>(ABC LEGAL)<br><br>633 Yesler Way, Seattle, WA 98104 USA. |
| c | Tipo y número de procedimiento judicial<br><br>*Names of the case and any identifying number* | Sivori Roman Ezequiel C/ Farolatino S.A. y otros S/ daños y perjuicios<br><br>expte. nro. 19038/2018 |

| 6. | Nombres y direcciones de las partes y sus representantes (incluyendo los representantes que hubiere en el Estado de ejecución) (Art. 3(b))<br><br>*Names and addresses of the parties and their representatives (including representatives in the Requested State) (Art. 3(b))* | |
|---|---|---|
| a | Demandante<br><br>*Plaintiff* | Sivori, Roman Ezequiel |

|  | *Demandeur* | Reconquista 642, 5º piso, of. 528, Ciudad Autonoma de Buenos Aires, Republica Argentina. C.P. C100... |
|---|---|---|
|  | **Representantes** | Pedro Luis Mazzino |
|  | *Representatives* | |
|  | *Representants* | Reconquista 642, 5º piso, of. 528, Ciudad Autonoma de Buenos Aires, Republica Argentina. C.P. C100... |
| **b** | **Demandado** | Farolatino S.A. |
|  | *Defendant* | |
|  | *Défendeur* | |
|  | **Representantes** | Natalia N. Segovia |
|  | *Representatives* | |
|  | *Representants* | Marcelo T. de Alvear 1408, Piso 4º, Ciudad Autonoma de Buenos Aires, Republica Argentina, C.P. 1060 |
| **c** | **Otros intervinientes** | BGM Industrias del Disco S.A. |
|  | *Other parties* | |
|  | *Autres caries* | |
|  | **Representantes** | Mariano Jorge Rouvier |
|  | *Representatives* | |
|  | *Representants* | San Martin 569, Piso 5º, oficina 12, Ciudad Autonoma de Buenos Aires, Republica Argentina, C.P. 1004 |

| **7. a** | **Naturaleza del procedimiento (divorcio, reclamación de paternidad, incumplimiento contractual, responsabilidad por los daños causados por productos defectuosos etc.) (Art. 3(c))** | Daños y Perjuicios |
|---|---|---|
|  | *Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Art. 3(c))* | |
|  | *Nature of proceedings (divorce, filiation, rupture de contrat responsabilite du fait des produits etc.) (art. 3(c))* | |
| **b** | **Resumen de la solicitud** | El demandante pretende el cobro de regalias adeudadas por la comercialización de sus obras |

... KENT
... ORA PÚBLI...
... GLÉS
... 5 CAPITAL
... .C.B.A. Nro

IF-2023-71180949-APN-DAJI#MRE

|   | | |
|---|---|---|
| | *Summary of complaint* | musicales a través de canales digitales en el período comprendido entre los años 2003 y 2016. Dichas regalías habrían sido percibidas por las demandadas. |
| c | Resumen de la contestación y demanda reconvencional<br><br>*Summary of defence and counterclaim** | Las demandadas niegan el reclamo. Alegan que no cobraron las regalías reclamas, que las obras musicales objeto del reclamo no eran propiedad del demandante y que el reclamo se encuentra prescripto. |
| d | Otra información necesaria o documentos<br><br>*Other necessary information or documents** | Listado de obras musicales sobre las que se requiere información |

|   | | |
|---|---|---|
| 8. a | Prueba a practicar o cualquier otra actuación procesal que deba ejecutarse<br><br>*Evidence to be obtained or other judicial act to be performed (Art. 3(d))* | Se le requiere a Google LLC que informe respecto de:<br>1) Liquidaciones abonadas a las personas físicas o jurídicas que han reclamado en el pasado y en el presente, los derechos económicos de los contenidos de "ROMAN EL ORIGINAL", desde 2003 hasta el día de hoy.<br>2) Envíen tráfico generado en vuestra plataforma por la discografía que figura en el texto adjunto, desde 2003 hasta el día de hoy.<br>3) A quienes remitieron dichos reportes de tráfico, y a quienes abonaron éstas liquidaciones indicando fechas, montos.<br>4) Cualquier otro dato que sea pertinente |
| b | Finalidad de la prueba o actuación procesal interesado<br><br>*Purpose of the evidence or judicial act sought* | Con esta prueba se intenta determinar si los demandados cobraron regalías por la comercialización de las obras musicales del demandante en la plataforma digital You Tube. |

|   | | |
|---|---|---|
| 9. | Identidad y dirección de las personas que deban ser oídas<br><br>*Identity and address of any person to be examined* | Click or tap here to enter text. |

| | (Art. 3(e))*
| | *Identité et adresse des personnes à entendre (art. 3 c).*

| 10. | **Preguntas a practicar a la persona que debe ser oída o hechos por los que esta persona debe declarar.** | Click or tap here to enter text. |
| | *Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Art. 3(f))* | |
| | *Questions à poser au faits sur lesquels les personnes susvisées doivent être entendues (art. 3(f))* | |

| 11. | **Documentos o propiedades que deban examinarse** | Click or tap here to enter text. |
| | *Documents or other property to be inspected (Art. 3(g))* | |
| | *Documents ou objets à examiner (art. 3(g))* | |

| 12. | **Requisito procesal en el que debe prestarse el juramento, declaración o cualquier otra forma especial que deba llevarse a cabo** | Se le debe requerir a Google LLC que entregue la información solicitada por escrito y firmada con acreditación de la personería del firmante. |
| | *Any requirement that the evidence be given on oath or affirmation and any special form to be used (Art. 3(h))* | |
| | *Demande de recevoir la déposition sous serment ou avec affirmation et le cas échéant, indication de la forme à utiliser (art. 3(h))* | |

| 13. | **Métodos de práctica particulares o procedimientos a seguir (ejemplo, verbal o escrita, transcripción literal o resumida, interrogatorio, etc.) (Arts 3(i) y 9)*** | Click or tap here to enter text. |
| | *Special methods or procedure to be followed (e.g., oral or in writing, verbatim transcript or summary, cross-examination, etc.) (Arts 3(i) and 9)** | |

VAL
TRADU

MAT. To. XV Fo
INSCRIP. C

ʌ

EDERAL
5328



| 14. | Necesidad de notificación de lugar y tiempo de práctica de la prueba e identidad y dirección de la persona a la que notificar (art. 7)*<br><br>*Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Art. 7)*<br><br>Demande de notification de la date et du lieu de l'exécution de la requête, des détails et de l'adresse de la personne à prévenir (...) | Click or tap here to enter text. |

| 15. | Solicitud de asistencia o participación de autoridad judicial procedente de la autoridad requirente para la ejecución de la comisión rogatoria.<br><br>*Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Art. 8)*<br><br>(...) | Click or tap here to enter text. |

| 16. | Especificación de alguna dispensa o prohibición de declarar prevista en la legislación del Estado requirente.<br><br>*Specification of privilege or duty to refuse to give evidence under the law of the Requesting State (Art. 11(b))*<br><br>(...) | Click or tap here to enter text. |

| 17. | Las costas y gastos en que se haya incurrido y que son reembolsables conforme el párrafo segundo del artículo 14 o conforme el artículo 26 de la Convención serán soportadas por: | Sivori, Roman Ezequiel<br><br>Reconquista 642, 5º piso, of. 528, Ciudad Autonoma de Buenos Aires, Republica Argentina. C.P. C1003 |
|---|---|---|
| | *The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:* | |
| | *Les reves el fras dernanh qui a remoournsavoir an vertu de l'articie 14, alinea 2 ou de l'artcit 2? sercni regles par.* | |

| Date of request<br>*Date de la requête* | 26/12/2022<br>ᴅ᷄ᴪ ᴧ 13/04/23 |
|---|---|
| Signature and seal of the requesting authority<br><br>*Signature et sceau de l'autorité requérante* | |

María Eugenia Neff
JUEZA NACIONAL

*Omitir si no procede/ Omit if not applicable / Ne remplir qu'en cas de necessité*

LA CAMARA NACIONAL DE APELA-
CIONES EN LO CIVIL CERTIFICA EN

Bs. As.     2 6 ABR 2023

QUE LA FIRMA Y SELLO QUE ANTECE-
DEN GUARDAN SIMILITUD CON LAS
CONSTANCIAS DE NUESTRO REGISTRO

MARIA SARA PERRAMÓN
PROSECRETARIA ADMINISTRATIVA

Signature Not Verified
Digitally signed by SILVIO
AGUSTIN ZAPEA
Date: 2022.12.29 10:19:10 ART

...ERIA KEN
...TORA PÚBL
...NGLÉS
...146 CAPITA
...F.P.C.B.A. N

IF-2023-71180949-APN-DAJI#MRE



## PROMUEVE DEMANDA. RESERVA CASO FEDERAL.

Señor Juez:

ROMAN EZEQUIEL SIVORI, con DNI 30492272 con domicilio en Ruta 52, kilometro 3,5, Canning, Barrio Saint Thomas, lote 644, Provincia de Buenos Aires, con el patrocinio letrado del Dr. Silvio Agustin Zappa, T 91, Fº 122, C.P.A.C.F., CUIT 20-29591404-2, monotributista, y el Dr. Pedro Luis Mazzino, T 90, Fº 337, C.P.A.C.F., CUIT 20-29591727-0, monotributista constituyendo domicilio en Reconquista 642, Piso 5º, oficina 527/8, Capital Federal, Estudio MZ, zona de notificación 257, y domicilio electrónico en 20295914042, tel. 5031-8070 y mail agustinzappa@abogadosmz.com.ar, a V.S. respetuosamente digo que:

I.   **OBJETO.**

Que vengo por el presente a promover demanda de daños perjuicios contra (i) Farolatino S.A., con domicilio en José Antonio Cabrera 5321 C.A.B.A.; y (ii) BGM Industrias del Disco S.A., con domicilio en Colombres 107, C.A.B.A. y/o contra quien resulte civilmente responsable del hecho que a continuación se expondrá, por una suma a determinar de acuerdo a lo arrojado por las probanzas a producirse en el presente, con expresa imposición de costas.

II.   **HECHOS**

Cumbia o también conocida como  comenzó en 2003. Quien suscribe fue el creador del grupo llamado "El Original", también conocido como "Román el Original" y/o "Román", considerado uno de los máximos representantes de esos estilos musicales.

Desde su comienzo, estos son los discos que compuse:

2003: Puro movimiento

2004: Y con éste te quedaste

2004: El Bombazo

2005: Dando clase

2007: Sin rivales

2008: No voy a parar

2009: Sencillo

2011: Esto soy yo

2013: La calidad musical

2014: Edición Especial

2016: A dúo con amigos

2016: Tu novio

En enero de 2016 aproximadamente, tomé conocimiento que todo el material discográfico citado anteriormente, estaba siendo comercializado o monetizado en distintos puntos de venta digitales, a saber (Youtube, Spotify, Deezer, Farolatino, etc).

2

VALERIA
TRADUCTOF
INF
- To. XV Fo. 1
NSCRIP C

Tras efectuar averiguaciones sobre quien había realizado dicha comercialización o monetización, las distribuidoras (Youtube, Spotify, Deezer, Farolatino SA, etc) me informaron que BGM INDUSTRIAS DEL DISCO SA les había proveído el material en cuestión indicando que ellos poseían los derechos para realizar dicha explotación. Concretamente, enviamos el siguiente email:

*"Me dirijo a Ud. en mi carácter de apoderado de Román Ezequiel Sivori, DNI 30.492.272 (conocido en el negocio de la música como "ROMAN EL ORIGINAL") a fin de solicitar que en el plazo de 72 hs tenga a bien remitirme:*

*1) Liquidaciones abonadas a las personas físicas o jurídicas que han reclamado en el pasado y en el presente, los derechos económicos de los contenidos de "ROMAN EL ORIGINAL", desde 2003 hasta el día de hoy.*

*2) Envíen tráfico generado en vuestra plataforma por la discografía que figura en el archivo adjunto, desde 2003 hasta el día de hoy.*

*3) A quienes remitieron dichos reportes de tráfico, y a quienes abonaron éstas liquidaciones indicando fechas, montos.*

*4) Cualquier otro dato que sea pertinente a tenor de lo que informo a continuación.*

*Podrá ver en los adjuntos, copia escaneada en original del Poder General Judicial y Administrativo otorgado por Román Ezequiel Sivori, DNI 30.492.272 (conocido en el negocio de la música como "ROMAN EL ORIGINAL") a mi favor, así como también, discografía de ese artista. En caso de no responder, u omitir entregar estos reportes, los citaré a mediación a fin de reclamarles paguen las regalías ilícitamente percibidas por cuanto el Artista en cuestión jamás autorizó la difusión de sus obras vía canales digitales.*

... la respuesta antes referida, remitimos cartas documento a BGM Industrias del Disco S.A. (Magenta) y a Farolatino S.A., quienes tenemos conocimiento que han reclamado los derechos económicos del Artista mencionado sin haber tenido jamás contrato para hacerlo. Reitero, EL SUSCRIPTO JAMAS HA FIRMADO.

Acto seguido, envié sendas Cartas Documento dirigidas a BGM Industrias del Disco S.A. (Nro. CD 68237631 3) y a Farolatino S.A. (Nro. CD 68237632 7), ambas de fecha 21 de marzo de 2016, que rezan:

*Me dirijo a Uds. en mi carácter de apoderado de Román Ezequiel Sívori, DNI 30.492.272, a fin de intimarlos plazo de 72 hs den de baja todos los contenidos creados por el suscripto y cesen en la monetización a través de cualquier canal de venta o reproducción digital de los mismos por cuanto jamás han tenido autorización para hacerlo. Estos contenidos son temas musicales por mí creados desde el comienzo de mi carrera de cantante profesional como "Román El Original", Román y similares. Vuestra conducta configura violaciones a la ley de propiedad intelectual, ley de marcas, derecho de autor, enriquecimiento sin causa y delitos de índole penal por cuanto Ud. se ha enriquecido con la comercialización de productos que JAMAS fue titular ni se los ha cedido para dichos fines. Jamás he firmado un contrato con Uds., de modo que solicito que paguen todas las sumas de dinero correspondientes a las monetizaciones de dichos contenidos en el plazo 10 días bajo apercibimiento de*

4



*accionar judicialmente para obtener su cobro. A todo evento, solicitamos tengan a bien comunicarse con el suscripto a pedromazzino@abogadosmz.com.ar, o a su móvil +5491158482305. Atentamente,"*

Dado que no hubo respuestas, cité a mediación a BGM Industrias del Disco SA y Farolatino SA. A fin de que las mismas aporten datos respecto a cuánto dinero habían percibido por la comercialización ilícita de mis Obras.

La instancia de mediación se cerró sin acuerdo en fecha 22 de junio de 2016 y desde entonces, las Partes mantuvimos conversaciones telefónicas y reuniones privadas pero no hemos llegado a un acuerdo económico motivo por el cual me veo obligado a presentar la presente demanda.

Asimismo, manifiesto que he iniciado Acción Penal, motivada en los hechos descriptos ut supra, la cual tramita ante el Juzgado Nacional en lo Correccional y Criminal de Instrucción N 34, bajo el número de expediente 38090/2017, la cual se encuentra en curso de investigación.

### B) Cómo funcionó o funciona el robo sistemático de música contra el suscripto?

Para ayudar a V.S. a comprender el accionar ilícito de las demandas tomemos como ejemplo la plataforma Youtube (http://www.youtube.com). Youtube es una plataforma de reproducción de videos en la que particulares o empresas pueden "subir" (ingresar a la plataforma) videos y agruparlos en canales de reproducción. Por ejemplo, canal "Roman El Original" (https://www.youtube.com/channel/UCqCb-H52nqKFGkCpKSLTJeg).

5

de difundir videos gratuitamente o generar una gran cantidad de reproducción de los videos o audios con fines de lucro. Esta última actividad se conoce como Monetización.

El término "Monetización" proviene del vocablo ingles *"monetizing contents"*, por lo que en el negocio digital nadie desconoce este término. En lenguaje técnico jurídico, monetizing seria "comercializando" pero en la industria digital se utiliza el anglicismo "Monetizar". En español, se traduciría convertir a moneda. En este caso se convierte a moneda un contenido, más precisamente, una canción.

El procedimiento es bastante simple: Una vez creado el canal en Youtube, se autoriza a dicha plataforma para que en cada uno de los videos subidos coloque avisos publicitarios. Por ello, a menudo se ingresa a ver un video o audio en Youtube y obligatoriamente tiene que ver al menos 5 segundos de una publicidad antes de visualizar el contenido elegido. Luego, puede descartar el aviso o verlo completo.

O sea, estos son las Partes del Negocio: (i) Anunciantes (por ejemplo Coca-Cola, Sedal, YPF, etc), (ii) Youtube (Google Argentina SRL), (iii) Distribuidora digital o dueño del canal (quien sube videos o audios) (iv) Usuario o Consumidor (quien visualiza o escucha, el contenido).

Entre el Anunciante y Youtube celebran un contrato de pauta publicitaria.

6



El dueño del canal debe aceptar lo términos y condiciones de uso de la plataforma donde Youtube, en base a algoritmos que calculan la cantidad de reproducciones de cada video, abonará al dueño del canal sumas de dinero mensuales.

Ahora bien, veamos como se utilizó este modelo de negocios para apropiarse y lucrar con mis creaciones. BGM tomó mis discos físicos de Román EL Original, los convirtió a formato Digital y los subió a su canal o sus canales en Youtube a través de Farolatino SA, o a través de los canales creados por ésta última.

¿Porque contratar a Farolatino? Pues Farolatino SA es una distribuidora de contenidos digitales muy conocida en el ambiente musical y especializada casi exclusivamente en monetizar / comercializar contenidos en Youtube. BGM y Farolatino suscribieron un contrato donde seguramente se pactó un *revenue share* o distribución de ganancias entre ellas.

¿Cómo se concretó dicho acuerdo? Muy sencillo: BGM le entregó los archivos a Farolatino asegurando que tenía contrato con el artista, en este caso, Roman el Original. Farolatino subió los archivos a Youtube y cobró por cada reproducción, conforme la modalidad detallada ut supra. Una vez percibidos los montos se distribuyeron las ganancias entre Farolatino y BGM, conforme el acuerdo de distribución señalado en el párrafo anterior.

Hasta ahí el negocio es perfecto. Nadie se entera y todos ganan y lucran, menos yo, CASUALMENTE EL DUEÑO DE LAS OBRAS.

Ahora bien, esto ocurre a menudo? Pues bien, tengo conocimiento que BGM ha pasado por reclamos similares con otros artistas.

7

persona, salvo a partir de 2016 dado que a partir de ese año firmé contrato con MOJO (otra distribuidora digital) con la que tengo contrato vigente.

**Otros puntos de venta.**

Ahora bien, ese mismo negocio fue realizado por BGM en otros puntos de venta digitales, por lo que dado que no tenemos certeza de todos los canales, necesitaremos librar oficios a las empresas Spotify, The Orchard, Deezer, Youtube, entre otros a fin de saber si estas tiendas o puntos de venta han monetizado mis Obras y a quien pagaron las liquidaciones correspondientes. Asimismo, a las se deberán librar oficios a las empresas de telecomunicación, a saber: Personal, Movistar y Claro a fin de saber si se ha monetizado Ring Tones y Ring Back Tones de Román El Original.

### III. ENCUADRE LEGAL

Los elementos o requisitos de la responsabilidad civil son: antijuridicidad, relación causal, daño y factores de atribución.

II.      A) ANTIJURIDICIDAD.

La antijuricidad se trata de un concepto puramente objetivo, porque no es necesario tener presente la voluntariedad del sujeto; y es independiente de la culpabilidad. Comprende no sólo lo prohibido expresamente por la ley, sino también conductas cuya prohibición surge de la consideración armónica

8



del sistema jurídico, incluso lo contrario a la moral, las buenas costumbres y el orden público, pues se trata de principios y valores tutelados por el ordenamiento jurídico. La antijuridicidad material (superadora de la antijuridicidad formal) fue receptada en los art. 1717 a 1720 CCCN y se refiere al daño causado por una acción no justificada. La antijuridicidad extracontractual es atípica y deriva de la vulneración de ese deber general de conducta (de acción y de omisión).

La conducta descripta ut supra resulta ser una violación evidente de mis derechos de propiedad intelectual sobre las obras detalladas.

El art. 2 de la ley 11.723, dispone:

*"El derecho de propiedad de una obra científica, literaria o artística, comprende para su autor la facultad de disponer de ella, de publicarla, de ejecutarla, de representarla, y exponerla en público, de enajenarla, de traducirla, de adaptarla o de autorizar su traducción y de reproducirla en cualquier forma."*

Por otro lado el art. 36 del mismo texto normativo, establece:

*"Los autores de obras literarias, dramáticas, dramático-musicales y musicales, gozan del derecho exclusivo de autorizar:*

*a) La recitación, la representación y la ejecución pública de sus obras;*

*b) La difusión pública por cualquier medio de la recitación, la representación y la ejecución de sus obras…"*

detallada en autos, sin consentimiento, disposición o contrato que los autorice y obteniendo un cuantioso beneficio económico como consecuencia de ello. Resulta claro que este beneficio resulta ser un perjuicio para quien suscribe y un flagrante enriquecimiento sin causa para los demandados.

En este sentido tiene dicho la jurisprudencia:

*"La sola propalación exterior o pública de una obra musical, cualquiera sea la finalidad que persiga o coadyuve a perseguir, resulta suficiente para generar la obligación de satisfacer el pago de los derechos respectivos. Pues, la obligación del usuario nace como contrapartida del derecho de autor o del intérprete o productor de fonogramas según el caso."* (Sumario N°14905 de la Base de Datos de la Secretaría de Jurisprudencia de la Cámara Civil - Boletín N°22/2002). (Tipo de Fallo: Libre - CNCIV - Sala: I - Expte. N°: I102616 - Fecha: 02-07-02. Juez de Cámara: BORDA. SADAIC c/ MEDIC GEM'S S.A. s/ COBRO DE SUMAS DE DINERO)

*"En nuestro derecho positivo, a los intérpretes de una obra literaria o musical les atañe la pretensión de una retribución por su difusión o transmisión."* (DATOS: Cámara de Apelaciones en lo Contencioso Administrativo y Tributario de la Ciudad Autónoma de Buenos Aires, Expte. N° EXP 1730/ 0 Autos: Ghio Guillermo Luis c/ G.C.B.A. (Teatro Municipal General San Martín) s/ cobro de pesos . -Sala II. Del voto del Dr. Esteban Centanaro con

10

adhesión de los Dres. Nélida Mabel Daniele y Eduardo Angel Russo, 15 de julio de 2004. Sentencia Nº 6336.).

"El artículo 79 de la ley 11.723 atribuye a los jueces la potestad de ordenar medidas que sirvan para proteger eficazmente los derechos que reconoce esa ley, dentro de los cuales su artículo 56 estatuye el que, en lo pertinente, tienen los intérpretes de obras musicales de exigir una retribución por la difusión o retransmisión de aquéllas. En este aspecto la ley 23.921, que aprobara la "Convención internacional sobre derechos de protección de los artistas, intérpretes o ejecutantes, los productores de fonogramas y los organismos de radiodifusión' adoptada en Roma el 26/10/1.961 (ADLA LI-B, págs. 1.723/1.728), reconoce el derecho de los intérpretes y productores de fonogramas a una retribución por la publicación con fines comerciales de aquéllos (art. 12); habiéndose los Estados parte comprometido a tomar, de conformidad con sus respectivas constituciones, las medidas necesarias para garantizar la aplicación de esa convención (art. 26). El hecho de que la pretensión económica de la actora sea al presente indeterminada, en función del modo en que debe calcularse su presunto crédito, debe ser merituadas para evaluar la graduación de la medida, aunque no es suficiente por sí sola para desestimarla." (Aadi-Capif A.C.R. c/ Luper S.R.L. y otros s/ Cobro de pesos (Inc. Medidas Cautelares)" - CC0002 - SM 47818 RSI-118-00 1 - 9-5-2000. MAG. VOTANTES: Occhiuzzi-Mares-Cabanas).

Al efecto de ponderar los perjuicios económicos sufridos por quien suscribe, debe tenerse en cuenta que las plataformas online o también llamados Puntos de Venta Digitales (como Youtube, Spotify o Deezer)

11

magnitud del daño objeto de autos.

### III.   B) FACTOR DE ATRIBUCION

1) La situación de BGM Industrias del Disco SA:

De lo expuesto hasta aquí no quedan dudas que la codemandada BGM ha obrado con dolo. El art. 1724 del Código Civil y Comercial de la Nación establece que "...*El dolo se configura por la producción de un daño de manera intencional o con manifiesta indiferencia por los intereses ajenos.*"

Del relato efectuado ut supra, surge que BGM:

a) <u>Obró intencionalmente</u>. Ello así dado que comercializó la obra musical de mi autoría a sabiendas de que no tenía ningún derecho ni autorización sobre ella. Jamás las demandadas suscribieron un contrato con el actor.

b) <u>Produjo un daño</u>. Lo cual resulta evidente teniendo en cuenta que BGM obtuvo ganancias que no le correspondían lo cual configura un claro y evidente enriquecimiento sin causa. Dicho enriquecimiento, produjo un correlativo perjuicio económico a quien suscribe, quien debería haber percibido las ganancias percibidas por BGM.

Por último, a la hora de analizar la conducta de BGM, debe tenerse en cuenta que el *modus operandi* descripto resulta ser una conducta repetida por

12


VALERIA KENT
TRADUCTORA PÚBLICA
INGLÉS
MAT To XV Fo ... 146 CAPIT
INSCRIP C TPCBA

parte de esta Empresa. Por lo tanto, BGM perpetró con quien suscribe un ilícito. no solo a sabiendas de su obrar reprochable, sino con la pericia que le daba su experiencia en este tipo de prácticas. Por lo tanto su conducta debe ser calificada a todas luces como dolosa, en los términos del art. 1724 del Código Civil y Comercial.

### 2) Farolatino:

Respecto de Farolatino podemos decir que cuanto menos ha obrado con culpa. Según el mismo art. 1724, "...*la culpa consiste en la omisión de la diligencia debida según la naturaleza de la obligación y las circunstancias de las personas, el tiempo y el lugar. Comprende la imprudencia, la negligencia y la impericia en el arte o profesión...*"

Esta parte desconoce si Farolatino SA obró con dolo. Lo que se desprende de los hechos es que fue cuanto menos negligente e impropio de una Compañía con su prestigio y experiencia. Ello así dado que, antes de monetizar los contenidos de quien suscribe, debió asegurarse de que BGM era titular de los derechos objeto de la presente causa. Con solo pedir una copia del contrato que BGM debería haber firmado con esta parte (el cual jamás existió), Farolatino SA hubiera podido constatar que BGM no podía comercializar la obra de quien suscribe y por lo tanto cualquier operación con la misma era una violación al régimen de Propiedad Intelectual.

Por lo tanto, resulta evidente la responsabilidad de Farolatino, en virtud de lo dispuesto por el art. 1724 del Código Civil y Comercial.

13

DEL MONTO.

El daño sufrido por el suscrito, como consecuencia de los hechos descriptos resulta evidente. En primer lugar, se ha difundido su obra sin su autorización. Esta infracción, más allá del evidente daño emergente que genera en quien suscribe, causa otros perjuicios. Al no tener control sobre las circunstancias de tiempo, lugar y modo en que mi obra ha sido difundida, dicha obra sufre una degradación. Resulta evidente que la forma, los tiempos y el rango de difusión de una obra artística, tienen una repercusión directa en el valor de dicha obra, entendiendo por valor tanto su valoración patrimonial como artística. Es el artista quien debe decidir como se difunde una obra, dado que la exposición de una obra, es la culminación del proceso creativo. Por lo tanto, el daño infringido a esta parte, aunque pueda indemnizarse, resulta irreparable.

En este sentido, tiene dicho la jurisprudencia: "*Los derechos intelectuales gozan de protección en cuanto refieren a una obra producto de creación intelectual, cultural, artística, etc. Es que en cuanto constituyen una manifestación de la personalidad que se transmite en la obra, acuerda a su realizador autoridad y disponibilidad incluso -o sobre todo- en relación con los derechos económicos que pueda importar. Tal es el reconocimiento de estos derechos que incluso se les otorga protección penal...*" *Sent. N° 38 - "*(MONZO, Teresa Sara contra SABAGH, Carlos y otros - Ordinario - Daños y Perjuicios - Otras Formas de

14



Responsabilidad Extracontractual –Recurso de Apelación" (expediente 193433/36) - CÁMARA NOVENA DE APELACIONES DE CÓRDOBA - 21/03/2014)

Atento que el suscripto desconoce los montos exactos que han percibido BGM y Farolatino S.A. como consecuencia de los hechos descriptos ut supra, esta parte carece de elementos para mensurar las sumas que se le adeudan en concepto de daño emergente y lucro cesante. Dichos montos surgirán de la prueba a producir en el presente, y por lo tanto, me remito a la mismas, a fin de que V.S. cuantifique el perjuicio sufrido por quien suscribe, de acuerdo a lo descripto.

### DAÑO MORAL. DERECHO MORAL SOBRE LA OBRA:

"El perjuicio moral puede ser caracterizado como aquel daño a bienes de goce y percepción emocional y física, no estimables por el equivalente pecuniario, pero si considerables para la satisfacción por medio de sucedáneos de goce y afección y mitigación al sufrimiento emocional y físico." (CNCiv., Sala C, octubre 13/1992, "Varde c/Ferrocarriles", voto del Dr. Cifuentes; id., Sala C, noviembre 27/1992, "Vinaya c/Empresa Ferrocarriles Argentinos", L.L. T.1993-D-278, fallo n° 91.599).

A a hora de mensurar el Daño Moral, debe tenerse en cuenta que aquí no ha habido solo un menoscabo patrimonial a través del obrar de las demandadas sino una grave afectación del derecho moral del autor sobre su obra. Dicho derecho se basa en que la personalidad humana es intangible y trata de evitar que se perjudique en lo esencial los intereses personales o artísticos del autor.

*resulta también protegido por la previsión del art. 72 de la ley 11.723, al sancionar ... que edite, venda o reproduzca la obra y suprima o cambie el nombre del autor. Ello incluye también el respeto al nombre o seudónimo del autor. Tampoco puede obviarse la aplicación del art. 902 del Cód. Civil."*

*La publicación hecha de la fotografía del actor, infringió no sólo su derecho a la paternidad sobre la misma, sino también su derecho a que la obra apareciera vinculada a él y no a un tercero, así como también violó su derecho a mantenerla inédita y a decidir su divulgación cuando lo considerara oportuno, todo ello sin perjuicio de la autorización que pudo brindar a la Armada Argentina para su publicación."* (Expte n° 107.871/08 - "Gurruchaga, Marcelo c/ Arte Grafico Editorial Argentino S.A s/ daños y perjuicios" – CNCIV – SALA L – 18/11/2010).

En virtud de lo expuesto a V.S. solicito se condene a las codemandadas al resarcimiento del daño moral, justipreciando el mismo al momento de dictar sentencia, de acuerdo a lo dispuesto por el art. 165 del C.P.C.C.N.

## V. DECLARA BAJO JURAMENTO

Declaro bajo juramento que el 14 de abril de 2016, firmé un contrato con la firma MOJO, una reconocida distribuidora de contenidos, a los fines de que ellos moneticen mis contenidos audiovisuales en distintos canales o plataformas de venta digital.



## VI- MEDIACIÓN LEY 26.589.-

Esta parte dio cumplimiento con lo establecido por la citada ley y su decreto reglamentario 1467/11, habiendo sido debidamente notificada la citación se realizó una audiencia. Ante la incomparecencia injustificada de la parte demandada se cerró el proceso mediatorio sin haberse arribado a acuerdo alguno, tal como surge del acta de mediación privada que se adjunta al presente.-

## VII. DERECHO

Fundo el derecho que le asiste a mi parte en lo normado por la Ley 11.723, Código Civil y Comercial doctrina y jurisprudencia aplicable a la materia y la Constitución Nacional.-

## VIII. PRUEBA

Como probanzas que hacen al derecho de esta parte, se ofrece la siguiente:

*a) Confesional:*

Se cite al Representante Legal de BGM INDUSTRIAS DEL DISCO S.A. y FAROLATINO S.A. a absolver posiciones a tenor del pliego que oportunamente se acompañará, haciéndose reserva de interrogar a los mismos en los términos del art. 415 del CPCC.

CABA, C1414BGW, a fin de que informe:

1) *Liquidaciones abonadas a las personas físicas o jurídicas que han reclamado en el pasado y en el presente, los derechos económicos de los contenidos de "ROMAN EL ORIGINAL", desde 2003 hasta el día de hoy.*

2) *Envíen tráfico generado en vuestra plataforma por la discografía que figura en el texto adjunto, desde 2003 hasta el día de hoy.*

3) *A quienes remitieron dichos reportes de tráfico, y a quienes abonaron éstas liquidaciones indicando fechas, montos.*

4) *Cualquier otro dato que sea pertinente.*

(ii) Google Argentina S.R.L y/o Google Inc, con domicilio en Alicia Moreau de Justo 350, C1107AAH CABA, Cdad. Autónoma de Buenos Aires, en su calidad de administrador y representante de Youtube en Argentina, a fin de que informe:

1) *Liquidaciones abonadas a las personas físicas o jurídicas que han reclamado en el pasado y en el presente, los derechos económicos de los contenidos de "ROMAN EL ORIGINAL", desde 2003 hasta hoy.*

2) *Envíen tráfico generado en vuestra plataforma por la discografía que figura en el texto adjunto, desde 2003 hasta el día de hoy.*

3) *A quienes remitieron dichos reportes de tráfico, y a quienes abonaron éstas liquidaciones indicando fechas, montos.*

18



4) *Cualquier otro dato que sea pertinente.*

(iii) The Orchard, con domicilio en Montevideo 418, Ciudad de Buenos Aires, CP 1019.

A fin de que informen:

1) *Liquidaciones abonadas a las personas físicas o jurídicas que han reclamado en el pasado y en el presente, los derechos económicos de los contenidos de "ROMAN EL ORIGINAL", desde 2003 hasta el 14 de abril de 2016.*

2) *Envíen tráfico generado en vuestra plataforma por la discografía que figura en el texto adjunto, desde 2003 hasta el 14 de abril de 2016.*

3) *A quienes remitieron dichos reportes de tráfico, y a quienes abonaron éstas liquidaciones indicando fechas, montos.*

4) *Cualquier otro dato que sea pertinente.*

(iv) Spotify, A fin de que informe:

1) *Liquidaciones abonadas a las personas físicas o jurídicas que han reclamado en el pasado y en el presente, los derechos económicos de los contenidos de "ROMAN EL ORIGINAL", desde 2003 hasta el 14 de abril de 2016.*

2) *Envíen tráfico generado en vuestra plataforma por la discografía que figura en el texto adjunto, desde 2003 hasta el 14 de abril de 2016.*

3) *A quienes remitieron dichos reportes de tráfico, y a quienes abonaron éstas liquidaciones indicando fechas, montos.*

4) *Cualquier otro dato que sea pertinente.*

reclamado en el pasado y en el presente, los derechos económicos de los contenidos de "ROMAN EL ORIGINAL", desde 2003 hasta el 14 de abril de 2016.

2) Envíen tráfico generado en vuestra plataforma por la discografía que figura en el texto adjunto, desde 2003 hasta el 14 de abril de 2016

3) A quienes remitieron dichos reportes de tráfico, y a quienes abonaron éstas liquidaciones indicando fechas, montos.

4) Cualquier otro dato que sea pertinente.

(vi) A Telecom Personal S.A., con domicilio en  Av. Alicia Moreau de Justo 50, C.P. 1107,  a fin de que informe:

1) Si ha suscripto Contrato, Acuerdo o Convenio respecto de contenido audiovisual del grupo Roman Original. En caso afirmativo, adjunte copia del documento suscripto.

2) Informe los montos abonados en el marco de dichos Contratos

3) Liquidaciones abonadas a las personas físicas o jurídicas que han percibido liquidaciones por Ring tones o ring back tones de los contenidos de "ROMAN EL ORIGINAL", desde 2003 hasta el día de hoy.

4) A quienes remitieron dichos reportes de tráfico, y a quienes abonaron éstas liquidaciones indicando fechas, montos.

5) Cualquier otro dato que sea pertinente.

20



(vii) A Telefónica Moviles Argentina S.A. (Movistar), con domicilio en Ingenio Huergo 723, C.P. 1107, a fin de que informe:

1) *Si ha suscripto Contrato, Acuerdo o Convenio respecto de contenido audiovisual del grupo Roman Original. En caso afirmativo, adjunte copia del documento suscripto.*

2) *Informe los montos abonados en el marco de dichos Contratos.*

3) *Liquidaciones abonadas a las personas físicas o jurídicas que han percibido liquidaciones por Ring tones o ring back tones de los contenidos de "ROMAN EL ORIGINAL", desde 2003 hasta el día de hoy.*

4) *A quienes remitieron dichos reportes de tráfico, y a quienes abonaron éstas liquidaciones indicando fechas, montos.*

5) *Cualquier otro dato que sea pertinente.*

(viii) A AMX Argentina S.A. (Claro), con domicilio en Avenida de Mayo 878, C.P. 1084, a fin de que informe:

1) *Si ha suscripto Contrato, Acuerdo o Convenio respecto de contenido audiovisual del grupo Roman Original. En caso afirmativo, adjunte copia del documento suscripto.*

2) *Informe los montos abonados en el marco de dichos Contratos.*

3) *Liquidaciones abonadas a las personas físicas o jurídicas que han percibido liquidaciones por Ring tones o ring back tones de los contenidos de "ROMAN EL ORIGINAL", desde 2003 hasta el día de hoy.*

4) *A quienes remitieron dichos reportes de tráfico, y a quienes abonaron éstas liquidaciones indicando fechas, montos.*

5) *Cualquier otro dato que sea pertinente.*

(x) A SADAIC, a los fines de que informe todos los registros de discos y canciones o temas musicales a nombre de Roman Ezequiel Sivori, DNI 30.492.272 o "Roman el Original" o "El Original".

*c) Instrumental:*

Se acompaña al presente la siguiente documentación:

(i)  *Copia Certificados de Obras a nombre de Roman Ezequiel Sivori emitido por S.A.D.A.I.C.*

(ii)  *Copia de poder a favor de Pedro Luis Mazzino y Silvio Agustin Zappa.*

**d) Documentación en poder de parte (art 388 CPCCN)**

Se intime a Farolatino SA para que adjunte en autos: (i) el detalle total y completo de todas las liquidaciones recibidas de Youtube o Google desde 2003 correspondientes a las monetizaciones de cotenidos audiovisuales, audio, video, etc, de Román El Original, Román, El Original o cualquier otra forma similar en que pueda buscarlo en su plataforma digital o archivos, (ii) Asimismo, entregue detalle de todas las liquidaciones pagadas a BGM Industrias del Disco SA por las monetizaciones de Román El Original, Román, El Original o cualquier otra forma similar, bajo apercibimiento de lo dispuesto en el artículo 388 del CPCCN.



**e) Pericial contable:**

I) Se designe Perito Contador único de oficio, para que, examinando los libros de BGM Industrias del Disco SA y de Farolatino SA, informe:

a) Si lleva los libros en legal forma;

1) *Liquidaciones percibidas, por la explotación económica de los contenidos del artista musical llamado: "ROMAN EL ORIGINAL", "ROMAN", "EL ORIGINAL" desde 2003 hasta el día de hoy.*

2) *Indique quienes remitieron reportes de tráfico a BGM Industrias del Disco SA y sus montos en forma detallada.*

3) *Cualquier otro dato que sea pertinente.*


II) Solicito asimismo que dicho perito oficial examine los libros de Google Argentina SRL o Google Inc e informe:

a) Si lleva los libros en legal forma;

1) *Liquidaciones abonadas por la explotación económica de los contenidos del artista musical llamado: "ROMAN EL ORIGINAL", "ROMAN", "EL ORIGINAL" desde 2003 hasta el día de hoy.*

2) *Indique a quienes Ustedes remitieron reportes de tráfico de dichos Contenidos y sus montos en forma detallada.*

3) *Cualquier otro dato que sea pertinente.*


**f) Pericial informática:**

1) *Liquidaciones abonadas a las personas físicas o jurídicas que han reclamado en el pasado y en el presente, los derechos económicos de los contenidos de "ROMAN EL ORIGINAL", "ROMAN", "EL ORIGINAL" desde 2003 hasta el día de hoy.*

2) *Indique tráfico generado en todas las plataformas digitales a saber Youtube, Spotify, The Orchard, Deezer, Personal, Movistar, Claro (AMX Argentina SA) por la discografía que figura en el archivo adjunto, desde 2003 hasta el día de hoy.*

3) *A quienes remitieron o de quienes recibieron dichos reportes de tráfico, y a quienes abonaron o de quienes recibieron éstas liquidaciones indicando fechas, montos, según corresponda.*

4) *Cualquier otro dato que sea pertinente.*

## IX.-RESERVA DEL CASO FEDERAL.-

Para el hipotético caso de no hacer lugar a la demanda, en todo o en parte, dejo planteada la reserva del caso federal de la art. 14 de la Ley 48 por considerar violadas respecto de mi mandante las expresas garantías constitucionales (arts. 14 y 18 de nuestra Constitución Nacional).-

## X. AUTORIZACIONES.

Solicito se autorice a compulsar las actuaciones y documental adjunta, obtener fotocopias, retirar en préstamo, presentar escritos y demás trámites inherentes a la procuración, indistintamente al Dr. Carlos Alberto Grandolini y/ o Luis Lanata.

## XI. PETITORIO.

En virtud de lo expuesto, a V.S solicito que:

a) Se nos tenga por presentado, por parte y por constituido el domicilio procesal indicado.-

b) Se imprima al presente proceso el carácter de ordinario y se agregue la documentación adjunta, reservándose los originales en Secretaría a cuyo efecto se acompaña un juego de fotocopias.

c) Se tenga presente la reserva del caso federal.

d) Se confiera traslado de la demanda por el término y bajo apercibimiento de ley.-

e) Oportunamente, se digne V.S. dictar sentencia, haciendo lugar a la demanda y condenando a la contraria al íntegro pago del capital reclamado, actualizado a la fecha de su efectivo pago, con más sus intereses, costos y costas del juicio.-

Proveer de conformidad, que

SERA JUSTICIA.

# ACTA DE MEDIACIÓN PREJUDICIAL OBLIGATORIA

## CARÁTULA

**REQUIRENTE/S:**   ROMAN EZEQUIEL SIVORI

**REQUERIDO/S:**   BGM INDUSTRIAS DEL DISCO SA, FAROLATINO SA Y GOOGLE ARGENTINA SRL

**OBJETO/S :**   DAÑOS Y PERJUICIOS; CESE DE USO DE MARCA

**MONTO RECLAMADO:**   Indeterminado/ble

**FUERO:**   Civil y Comercial Federal

**ARANCEL:**   COMPROBANTE DE PAGO Nº: 201602490256

**FECHA ART.18 LEY Nº 26.589**   31-03-2016

**DETALLE DEL OBJETO/ AMPLIACIÓN DEL OBJETO/ OTRO OBJETO** (tachar lo que no corresponda): CESE DE MONETIZACIÓN DE CONTENIDOS - INFRACCIÓN LEY DE PROPIEDAD INTELECTUAL EN CANALES DIGITALES

La información de la presente mediación tiene carácter confidencial. Las partes y los profesionales intervinientes están obligados a resguardarla con los alcances previstos en los artículos 7º, 8º y 9º de la Ley Nº 26.589.

## AUDIENCIA

**AUDIENCIA   Nº: 3**   Lugar y Fecha: Ciudad de Buenos Aires, 22-06-2016   Hora Inicio 14:00, Finalización 15:00

**RESULTADO**   Se medió sin acuerdo

---

**TRÁMITE DE MEDIACIÓN**   Finaliza   Por decisión de las partes

## OBSERVACIONES:

Las partes voluntariamente me solicitan modificar la fecha de audiencia para el día de la fecha. Se deja constancia que la requirente finalmente no cita en esta instancia a Google Inc.

## PARTICIPANTES

**SIVORI, ROMAN EZEQUIEL**                                                                         Presente

Requirente.

Documento (tipo y Nº):   DNI  30492272                       Asistencia Letrada:  MAZZINO, PEDRO LUIS

                                                                País emisor:   Argentina

Teléfono:                                                       Mail:

Domicilio real/declarado/de notificación:   RECONQUISTA 642, PISO 5TO OF 527 (Ciudad Autónoma de Buenos Aires)

Domicilio constituido CABA:   RECONQUISTA 642, PISO 5 "527/8"

**MAZZINO, PEDRO LUIS**                                                                           Presente

Letrado requirente.

Documento (tipo y Nº):   DNI  29591727                       CPACF Tº: 90 Fº: 337

Teléfono:   1558482305                                        Mail:  pmazzino21@gmail.com

Domicilio constituido CABA:   RECONQUISTA 642, PISO 5 "527/8"

**BGM INDUSTRIAS DEL DISCO SA**                                                                  Presente

Requerido.

Documento (tipo y Nº):   CUIT NoInformado                    Asistencia Letrada:  ROUVIER, MARIANO JORGE

                                                                País emisor:   Argentina

Teléfono:                                                       Mail:

Domicilio real/declarado/de notificación:   COLOMBRES 107 (Ciudad Autónoma de Buenos Aires)

Domicilio constituido CABA:   SANTA FE 931 6TO PISO

VALERIA KENT
TRADUCTORA PÚBL
INGLÉS
MAT. Tº. IV Fº. 146 CAP.
INSCRIP C.T.P.C.B

N° 203961                2297981913

**ROUVIER, MARIANO JORGE**                                                    Presente

Letrado apoderado requerido.

Documento (tipo y N°):   DNI 25640832          CPACF T°: 77 F°: 91

Teléfono:   43224154-1565106397              Mail:   mjrouvier@libertel.com.ar

Domicilio constituido CABA:      SANTA FE 931 6TO PISO

---

**FAINZAIG ZYLBERBERG, JAVIER**                                              Presente

Representante legal del requerido.        Asistencia Letrada:  TRICARICO, MARIA MARTHA

Documento (tipo y N°):   DNI 93909459           País emisor:   Argentina

Teléfono:                                         Mail:

Domicilio real/declarado/de notificación:   JOSE ANTONIO CABRERA 5321 (Ciudad Autónoma de
                                             Buenos Aires)

Domicilio constituido CABA:      ZAPIOLA 860, PB B

---

**FAROLATINO SA**                                                            Presente

Requerido.                                Asistencia Letrada:  PECHE, NELIDA NOEMI

Documento (tipo y N°):   CUIT NoInformado       País emisor:   Argentina

Teléfono:                                         Mail:

Domicilio real/declarado/de notificación:   JOSE ANTONIO CABRERA 5321 (Ciudad Autónoma de
                                             Buenos Aires)

Domicilio constituido CABA:      MARCELO T. DE ALVEAR 1408 4TO PISO

---

**PECHE, NELIDA NOEMI**                                                      Presente

Letrado apoderado requerido.

Documento (tipo y N°):                          CPACF T°: 46 F°: 289

Teléfono:                                         Mail:

Domicilio constituido CABA:      MARCELO T. DE ALVEAR 1408 4TO PISO

MARIANA ESTELA BAYÁ CASAL
Mediadora Prejudicial Ley 26589

Firma y Sello del Mediador

CERTIFICACIÓN DE FIRMA POR EL MINISTERIO DE JUSTICIA Y DERECHOS HUMANOS.

S.A.D.A.I.C.

SOCIO : 73421-07     NOMBRE : SIVORI ROMAN EZEQUIEL

| Nro.Obra | Titulo / Autor-Compositor | Genero | Condicion | ISWC |
|---|---|---|---|---|
| 1156044-04 | CUMBIA VICIOSA<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-03737041 |
| 1156045-02 | MENEA SIN PARAR<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-03737041 |
| 1165147-04 | LLEGO EL ORIGINAL DXS<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-03737967 |
| 1165148-02 | SOY RE LOCO<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-03737967 |
| 1165149-00 | SE BAILA ASI<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-03737967 |
| 1165350-04 | RITMO SENSUAL<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-03737967 |
| 1165151-02 | ESTE VERANO<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-03737967 |
| 1165152-00 | EL BOMBAZO<br>MARAN MARCELO ALE-ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-03737973 |
| 1165215-02 | MANOS ARRIBA<br>ARENAS ANDRES ALF-MARAN MARCELO AL | CUMBIA | GRABADA Y EDITADA | T-03739599. |
| 1180580-03 | CINTURA<br>TORRES SANTIAGO I-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-03739599: |
| 1180581-01 | MIS CHICAS<br>TORRES SANTIAGO I-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-03739599: |
| 1180582 10 | CUMBIETON<br>TORRES SANTIAGO I-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-03739599: |
| 1180583-08 | QUIERO VER<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-03739599: |
| 1180584-06 | MUEVE TU CUERPO<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-03739599 |
| 1180585-04 | PA ADENTRO<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-03739599 |
| 1180586-02 | PONTE A GOZAR<br>SOSA CLAUDIO LEAN-SIVORI ROMAN EZE | CUMBIA | | |

VALERIA KF
TRADUCTORA
To. XV Fo. 
NSCRIP C.

PAG.

3421-07

NOMBRE : SIVORI ROMAN EZEQUIEL

| / Autor-Compositor | Genero | Condicion | ISWC | Editor | Ref |
|---|---|---|---|---|---|
| IO LEAN-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-037395998-8 | 10012 | C |
| SABADO<br>IO LEAN-ARENAS ANDRES AL | CANCION | EDITADA | T-037399677-0 | 10176 | AC |
| LA BOTELLA<br>RES ALF-TORRES SANTIAGO | CUMBIA | EDITADA | T-037401776-1 | 10176 | A |
| ERTE<br>AN EZEQ-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411332-2 | 10176 | AC |
| PORTUNIDAD<br>AN EZEQ-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411333-3 | 10176 | AC |
| ETA<br>AN EZEQ-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411334-4 | 10176 | AC |
| AN EZEQ-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T 037411335-5 | 10176 | AC |
| 4<br>IO LEAN-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411393-5 | 10176 | AC |
| IO LEAN-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411394-6 | 10176 | AC |
| IO LEAN-ARENAS ANDRES AL | CANCION | GRABADA Y EDITADA | T-037411395-7 | 10176 | AC |
| RES ALF-RIBOLDI GABRIEL. | CANCION | GRABADA Y EDITADA | T-037411532-8 | 10176 | AC |
| CUMBIA<br>RES ALF-SIVORI ROMAN EZE | CANCION | GRABADA Y EDITADA | T-037411533-9 | 10176 | AC |
| MUJER<br>RES ALF-SIVORI ROMAN EZE | CANCION | GRABADA Y EDITADA | T-037411534-0 | 10176 | AC |
| ORIGINAL<br>RES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411563-5 | 10176 | AC |
| RES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411564-6 | 10176 | AC |
| RES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T 037411565-7 | 10176 | AC |

S.A.D.A.I.C.

NOMBRE : SIVORI ROMAN EZEQUIEL

SOCIO : 73421-07

| Nro.Obra | Titulo / Autor-Compositor | Genero | Condicion | ISWC |
|---|---|---|---|---|
| 1195949-05 | TE DOY<br>ARENAS ANDRES ALF PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-03741156 |
| 1195950-09 | UNA NOCHE MAS<br>ARENAS ANDRES ALF PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-03741156 |
| 1195951-07 | SI ENTENDIERAS<br>ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-03741156 |
| 1195952-05 | YO DIGO KE<br>ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-03741156 |
| 1195953-03 | NO VOY A PARAR<br>ARENAS ANDRES ALF-PELUFFO LEONARDO | CANCION | GRABADA Y EDITADA | T-037411571 |
| 1196096-05 | PASION DE SABADO DOS<br>SIVORI ROMAN EZEQ-ARENAS ANDRES AL | CANCION | EDITADA | T-03741171 |
| 1206131-10 | BATE KE BATE<br>ARENAS ANDRES ALF-SIVORI ROMAN EZE | CUMBIA | GRABADA Y EDITADA | T-037421841 |
| 1206112-08 | CACHETE<br>ARENAS ANDRES ALF-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-037421841 |
| 1206134-04 | RELOCO<br>ARENAS ANDRES ALF-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-037421851 |
| 1206135-02 | LLAMEMOS AL DOCTOR<br>ARENAS ANDRES ALF-SIVORI ROMAN EZE | CUMBIA | EDITADA | T-037421851 |
| 1206136-00 | LAS CHICAS KIEREN TROMPITA<br>ALZOGARAY EZEQUTE-ARENAS ANDRES AL | CUMBIA | EDITADA | T-037421851 |
| 1206137-09 | AMIGA<br>ARENAS ANDRES ALF-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037421851 |
| 1206138-07 | MARISOL<br>ARENAS ANDRES ALF-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037421851 |
| 1206139-05 | REDONDITO<br>ARENAS ANDRES ALF-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037421851 |
| 1206141-07 | MARCELA<br>ARENAS ANDRES ALF-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037421851 |
| 1206143-03 | VUELVE OTRA VE2 | CUMBIA | EDITADA | T-037421851 |

PAG.

3421-07       NOMBRE : SIVORI ROMAN EZEQUIEL

| / Autor-Compositor | Genero | Condicion | ISWC | Editor | Ref |
|---|---|---|---|---|---|
| RES ALF-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037421867-3 | 10252 | AC |
| NOS<br>EZEQUIE-ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430423-6 | 10252 | AC |
| RES ALF-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037430424-1 | 10252 | AC |
| RIGINAL<br>HECTOR -ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430425-2 | 10252 | AC |
| HECTOR -ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430426-3 | 10252 | AC |
| E LUIS -ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430430-9 | 10252 | AC |
| DE TI<br>S LUIS -ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430432-1 | 10252 | AC |
| AT<br>RES ALF-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037430434-3 | 10252 | AC |
| ELO FA-ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430439-8 | 10252 | AC |
| STAS<br>ELO FA-ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037430441-2 | 10252 | AC |
| HECTOR -GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037430445-6 | 10252 | AC |
| HI<br>HECTOR -ARENAS ANDRES AL | CUMBIA | GRABADA Y EDITADA | T-037479512-6 | 10252 | AC |
| SENCILLO<br>N EZEQ-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-037479513-7 | 10252 | AC |
| N EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037479514-8 | 10252 | AC |
| RA<br>N EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-037479517-1 | 10252 | AC |
| TU<br>N EZEQ-GOZALO JOSE LUIS | CUMBIA | EDITADA | | | |

S.A.D.A.I C.

SOCIO : 73421-07                    NOMBRE : SIVORI ROMAN EZEQUIEL

| Nro Obra | Titulo / Autor-Compositor | Genero | Condicion | ISWC |
|---|---|---|---|---|
| 1263540-05 | TAKA BOOM LA AMETRALLADORA<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-03747951 |
| 1263542-01 | ABRAZAME<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-03747952 |
| 1263563-04 | QUIERO HACERTE EL AMOR<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-03747954 |
| 1263566-09 | YO POR UN MINUTO<br>GOZALO JOSE LUIS -MENDUIÑA AMADEO | CUMBIA | EDITADA | T-03747954 |
| 1263567-07 | UN MINUTO MAS<br>GOZALO JOSE LUIS -MENDUIÑA AMADEO | CUMBIA | GRABADA Y EDITADA | T-03747954 |
| 1263568-05 | YO POR TI<br>GOZALO JOSE LUIS -MENDUIÑA AMADEO | CUMBIA | GRABADA Y EDITADA | T-03747954 |
| 1263569-03 | ES UNA BRUJULA<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | EDITADA | T-03747954 |
| 1263587-01 | BRUJULA DE AMOR<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-03747956 |
| 1263591-10 | NO TE QUIEREN CONMIGO<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-03747956 |
| 1263594-04 | DAME LO QUE QUIERO<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CUMBIA | GRABADA Y EDITADA | T-03747957 |
| 1314531-02 | ROMAN EL ORIGINAL<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | EDITADA | T-03753248 |
| 1314532-00 | TE QUISE OLVIDAR<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-03753248 |
| 1314533-09 | SERA EN VANO<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-03753248 |
| 1314534-07 | EL HEROE DE TU AMOR<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-03753248 |
| 1314535-05 | QUE MAL ME PAGASTE<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-03753248 |
| 1314536-03 | MATEMOS ESTA NOCHE<br>SIVORI ROMAN EZEQ-GOZALO JOSE LUIS | CANCION | EDITADA | T-03753249 |



3421-07          NOMBRE : SIVORI ROMAN EZEQUIEL

| / Autor-Compositor | Genero | Condicion | ISWC | Editor | Ref |
|---|---|---|---|---|---|
| AN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532493-8 | 10252 | AC |
| AN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532496-1 | 10252 | AC |
| AN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532499-4 | 10252 | AC |
| AN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532500-0 | 10252 | AC |
| AN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532501-1 | 10252 | AC |
| AN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532502-2 | 10252 | AC |
| AN EZEQ-GOZALO JOSE LUIS | CANCION | GRABADA Y EDITADA | T-037532503-3 | 10252 | AC |
| AN EZEQ-GOZALO JOSE LUIS | CANCION | EDITADA | T-037638617-2 | 10212 | AC |
| AN EZEQ-PELUFFO LEONARDO | CANCION | EDITADA | T-037638624-1 | 10212 | AC |
| AN EZEQ-SOSA CLAUDIO LEA | CANCION | EDITADA | T-037638626-3 | 10212 | AC |
| AN EZEQ-SOSA CLAUDIO LEA | CANCION | EDITADA | T-037638632-1 | 10212 | AC |
| AN EZEQ-SOSA CLAUDIO LEA | CANCION | EDITADA | T-037638633-2 | 10212 | AC |
| AN EZEQ-SOSA CLAUDIO LEA | CANCION | EDITADA | T-037638634-3 | 10212 | AC |
| AN EZEQ-PELUFFO LEONARDO | CANCION | EDITADA | T-037638772-2 | 10212 | AC |
| AN EZEQ-SOSA CLAUDIO LEA | CANCION | EDITADA | T-037638773-3 | 10212 | AC |
| EZEQ-PELUFFO LEONARDO / PRIVADO | CANCION | EDITADA | T-037680723-6 | 10175 | AC |

S A . D . A . I . C .

```
                 ----------------------------------    NOMBRE : SIVORI ROMAN EZEQUIEL
                 SOCIO : 73421-07
```

| Nro.Obra | Titulo / Autor-Compositor | Genero | Condicion | ISWC |
|---|---|---|---|---|
| | PELUFFO LEONARDO -SIVORI ROMAN EZE | | | |
| 1432278-01 | QUIERO BAILAR CONTIGO | CANCION | GRABADA Y EDITADA | T-0376807?- |
| | SIVORI ROMAN EZEQ-SOSA CLAUDIO LEA | | | |
| 1442864-10 | CAMIA | CANCION | EDITADA | T-0376?42?- |
| | SIVORI ROMAN EZEQ-PELUFFO LEONARDO | | | |

```
TOTAL DE OBRAS : 97

TOTAL CONDICION 6 - INEDITA    :
TOTAL CONDICION 7 - EDITADA    : 32
TOTAL CONDICION 8 - GRABADA    :
TOTAL CONDICION 9 - GRAB Y EDIT : 65
```



Dr. CARLOS ALBERTO COTO
ESCRIBANO
MATRICULA 3678

1   PRIMERA COPIA TESTIMONIADA.- ESCRITURA NUMERO TREINTA Y SIE-

2   TE.- En la Ciudad Autónoma de Buenos Aires, Capital Federal de la República Argentina,

3   a quince de marzo del año dos mil dieciséis, ante mí, escribano autorizante, comparece Ro-

4   mán Ezequiel SIVORI, soltero, argentino, nacido el 20 de noviembre de 1983, con docu-

5   mento nacional de identidad número 30.492.272, domiciliado en Ruta 52, kilómetro 3.5,

6   Canning, Provincia de Buenos Aires, Barrio Saint Thomas, lote 644.- El compareciente es

7   de mi conocimiento, doy fe y dice: *que confiere PODER GENERAL JUDICIAL Y AD-*

8   *MINISTRATIVO a los doctores Pedro Luis MAZZINO, documento nacional de identi-*

9   *dad número 29.591.727, Luis LANATA, documento nacional de identidad número 10.*

10  *200.926 y Silvio Agustín ZAPPA, documento nacional de identidad número 29.591.404,*

11  *para que en su nombre y representación, actuando en forma conjunta, separada, alter-*

12  *nada e indistintamente, realicen: PRIMERO) INTERVENCION EN JUICIOS en defen-*

13  *sa de sus intereses en todos los juicios que se sustancian o deban sustanciarse ante los*

14  *tribunales de cualquier fuero y jurisdicción, ya sea como parte actora, demandada o*

15  *cualquier otro carácter y realicen todo tipo de actos y gestiones administrativas.- Espe-*

16  *cialmente para iniciar, proseguir e intervenir trámites y gestiones administrativos ante el*

17  *Ministerio de Trabajo y Seguridad Social, Servicio de Conciliación Obligatoria (SE-*

18  *CLO), sus distintas secretarías, reparticiones, oficinas, departamentos y direcciones.-*

19  Quedan facultados para: presentar escritos, escrituras, testimonios, títulos, partidas y toda

20  clase de documentos públicos y privados que fueren menester y se exijan; designar, aceptar

21  y remover mediadores, asistir e intervenir en mediaciones, con facultad para aceptar y reali-

22  zar cualquier tipo de acuerdo, pudiendo solicitar la homologación del mismo; promover o

23  contestar demandas de cualquier naturaleza, tercerías y reconvenciones; reconvenir, recusar;

componedores, tachar testigos; transar y transigir; prestar o deferir juramentos; decir de nu-  28

lidad; pedir embargos preventivos o definitivos, inhibiciones y sus levantamientos; conceder  29

quitas y esperas y acordar términos; nombrar o consentir el nombramiento de administrado-  30

res de bienes, tasadores, rematadores, martilleros, escribanos, tutores, curadores, partidores  31

y peritos de toda índole, aceptando o impugnando sus operaciones y peritajes; aceptar o exi-  32

gir fianzas, cauciones o arraigos y demás garantías; diligenciar exhortos, mandamientos, ofi-  33

cios, testimonios, intimaciones, cédulas, notificaciones y citaciones; remitir citaciones y noti-  34

ficaciones, ya sea por carta, cartadocumento, telegramas simples o colacionados, con o sin  35

aviso de recepción; solicitar actas de constatación; realizar o solicitar inventarios; adoptar o  36

solicitar medidas conservatorias, testimonios, inscripciones, agregación o devolución de do-  37

cumentos y compulsas de libros; instaurar toda clase de acciones, ya sean reales o persona-  38

les y juicios de jactancia; solicitar declaratorias de quiebras, concursos civiles y comerciales  39

de sus deudores, nombrar y consentir el nombramiento de síndicos, liquidadores y comisio-  40

nes de vigilancia, asistir a juntas de acreedores en juicios de esa naturaleza o en concursos  41

civiles, hacer, aceptar, rechazar o renovar concordatos, adjudicaciones y cesiones de bienes  42

a otros convenios, verificar y observar créditos y sus graduaciones, pedir rehabilitaciones;  43

practicar mensuras, fijar y marcar límites; hacer cargos por daños y perjuicios, hacer denun-  44

cias policiales, iniciar querellas, desistir de las mismas, intervenir en juicios sucesorios en  45

los cuales la mandante tenga interés o sea parte, ya sean testamentarios o ab-intestatos, acep-  46

tar o repudiar herencias, reconocer o desconocer herederos, acreedores, legatarios y cesiona-  47

rios; intervenir en todos los incidentes que se susciten; hacer valer, aceptar o rechazar casos  48

fortuitos o de fuerza mayor; hacer novaciones, quitas o esperas; poner y absolver posicio-  49

nes; pedir la perención de la instancia; recibir una cosa por otra; intervenir en la ejecución  50

VAL:
TRADL

..57 To XV F/
NSCRIP L

1  de sentencias; pedir la venta judicial de los bienes de sus deudores y garantes; cobrar y per-

2  cibir extrajudicial y judicialmente, otorgando los recibos y cartas de pago respectivos; otor-

3  gar poderes especiales judiciales y revocarlos.- *SEGUNDO) GESTIONES ADMINIS-*

4  *TRATIVAS:* gestionar ante oficinas privadas, administraciones públicas y autoridades na-

5  cionales, provinciales, municipales, departamentales o extranjeras y en especial ante Ministe-

6  rios, Secretarías de Estado, Tribunales Municipales de Faltas, Legislaturas, Municipalida-

7  des, Gobierno de la Ciudad Autónoma de Buenos Aires, Aduanas, empresas prestadoras de

8  servicios en general, especialmente de gas, servicios eléctricos, AYSA, empresas nacionales

9  y privadas de correos, Dirección General Impositiva, Registros de Patentes de Invención, de

10 Marcas, de Comercio, de la Propiedad Inmueble y del Automotor, Policía Federal y de las

11 Provincias, anses, Administradoras de Riesgo de Trabajo, con facultad para iniciar y prose-

12 guir hasta su total terminación toda clase de expedientes, presentar escritos, escrituras, reci-

13 bos, documentos, pruebas e informaciones y todo otro instrumento que se exija; abonar mul-

14 tas, impuestos, tasas, contribuciones, intereses y recargos y repetir su pago; efectuar denun-

15 cias de toda clase; interponer y desistir recursos administrativos; solicitar aprobación de pla-

16 nos.- Especialmente los faculta para reclamar ante cualquier sociedad o empresa, responsa-

17 ble de explotar o monetizar contenidos digitales, así como también iniciar reclamos contra

18 los propietarios de canales digitales a través de los cuales se reproducen los contenidos digi-

19 tales.- **EN ESTE ESTADO** el compareciente manifiesta que las facultades enumeradas po-

20 drán ser ejercidas tanto con relación a circunstancias anteriores o posteriores al presente

21 mandato y autoriza a los apoderados a practicar cuantos más actos, gestiones y diligencias

22 sean necesarias y conducentes al mejor desempeño del presente poder, haciendo constar que

23 su intervención personal no lo revoca ni limita, que podrá ser sustituido, solicitando al auto-

rados expido esta **PRIMERA COPIA TESTIMONIADA** en dos fojas de actuación nota-

rial números N019628828/29, que firmo y sello en el lugar y fecha de su otorgamiento.-

28

29

30

31

32

33

34

35

36

37

38

39

40

41

42

43

44

45

46

47

48

49

50

Dr. CARLOS ALBERTO COTO
ESCRIBANO
MATRICULA 3678

V/
TRAI
To. XV :
NSCRIP

Firma válida

Digitally signed by SILVIO
AGUSTIN Z...
Date 2021.12... 11:33:57 ART



# COLEGIO DE TRADUCTORES PÚBLICOS
# DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

# **<u>LEGALIZACIÓN</u>**

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES,

en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que

la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes

al/a la Traductor/a Público/a       KENT, VALERIA

que obran en los registros de esta institución, en el folio       del Tomo       en el idioma

146       15       INGLÉS

Legalización número:   **45696**

Buenos Aires,   30/05/2022

SERGIO A. HERVASI

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno:   54624845696

Avda. Corrientes 1834 – C1045AAN – Ciudad Autónoma de Buenos Aires – Tel.: 4373-7173 y líneas rotativas

T 0235098

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Buenos Aires Sworn Translators Association) by Argentine law No. 20 305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.

The Colegio de Traductores Públicos de la Ciudad de Buenos Aires only certifies that the signature and seal on the translation are genuine; it will not attest to the contents of the document.

THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordine dei Traduttori abilitati della Città di Buenos Aires) CERTIFICA ai sensi dell'articolo 10, lettera d) della legge 20.305 che la firma e il timbro apposti sulla qui unita traduzione sono conformi alla firma e al timbro del Traduttore abilitato depositati presso questo Ente. Non certifica il contenuto della traduzione sulla quale la certificazione è apposta.

LA VALIDITÀ DELLA PRESENTE CERTIFICAZIONE È SUBORDINATA ALL'APPOSIZIONE DEL TIMBRO DI CONTROLLO DEL CTPCBA SULL'ULTIMA PAGINA DELL'ALLEGATA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse die ihr nach Art. 10 Abs d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.

DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG