1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MICHELLE LO (NYBN 4325163)
   Chief, Civil Division

4  DAVID M. DEVITO (CABN 243695)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7332
7       Facsimile: (415) 436-6748
        david.devito@usdoj.gov
8
   Attorneys for the United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13 | IN RE: REQUEST FOR JUDICIAL           ) Case No. 3:23-mc-80333
     ASSISTANCE FROM NATIONAL COURT        )
14 | OF FIRST INSTANCE ON CIVIL            )
     MATTERS NO. 2 OF THE AUTONOMOUS       ) **[PROPOSED] EX PARTE ORDER PURSUANT**
15 | CITY OF BUENOS AIRES, ARGENTINE       ) **TO 28 U.S.C. § 1782(a)**
     REPUBLIC                              )

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] EX PARTE ORDER PURSUANT TO 28 U.S.C. § 1782

Pending before the Court is an application submitted by the United States for an order of the Court pursuant to 28 U.S.C. § 1782.  The United States requests that the Court appoint Assistant United States Attorney ("AUSA") David M. DeVito as Commissioner and authorize AUSA DeVito to obtain information from Google LLC, a company located within the jurisdiction of this Court, in conformity with the Letter of Request from the National Court of First Instance on Civil Matters No. 2 of the Autonomous City of Buenos Aires, Argentine Republic ("Argentine Court") issued in connection with a judicial proceeding before the Argentine Court captioned *Roman Ezequiel Sivori v. Farolatino S.A. et al.*, Ref. No. 1124/2022.

The Court has reviewed the request, the application, and the memorandum of law in support, and is informed of the grounds upon which the request and application are based.

Pursuant to its power under 28 U.S.C. § 1782, the Court hereby ORDERS that AUSA DeVito is appointed as Commissioner and that AUSA DeVito is authorized to issue subpoenas to obtain the information in compliance with the Letter of Request and to take all steps reasonably necessary for the accomplishment of the request.

IT IS SO ORDERED.


DATED:  December __, 2023

_____
United States District/Magistrate Judge