ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    Facsimile: (415) 436-6748
    E-mail: david.devito@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM NATIONAL COURT OF FIRST INSTANCE ON CIVIL MATTERS NO. 2 OF THE AUTONOMOUS CITY OF BUENOS AIRES, ARGENTINE REPUBLIC | Case No. 3:23-mc-80333-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to this Court's order dated January 15, 2024, Dkt. No 5 ("Order"), Assistant United States Attorney David M. DeVito issued a subpoena to Google LLC ("Google") to obtain information requested by a court in Argentina. Google responded to the subpoena and has complied with the Court's Order, and this matter can now be closed. This dismissal is without prejudice in the event the court in Argentina requests additional information from Google.

DATED: March 15, 2024            Respectfully submitted,

                                           ISMAIL J. RAMSEY
                                           United States Attorney

                                           */s/ David M. DeVito*
                                           DAVID M. DEVITO
                                           Assistant United States Attorney